**Loehmann's**
*Weekly Cashflow*
In 000's

| Week # | Memo | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|---|
| **DIP - Pre-Arrange - 46 Stores** | *Plan* | *Plan* | *Plan* | *Plan* | *Plan* | 4 week |
| Week Ending | 11/13/2010 | 11/20/2010 | 11/27/2010 | 12/4/2010 | 12/11/2010 | Totals |
| **Memo - Retail Sales*** | 6,541.8 | 6,265.4 | 8,786.9 | 6,142.3 | 7,006.9 | 28,201.6 |
| **Comp% - week** | -21.9% | -23.8% | -15.9% | -21.0% | -20.1% | |
| **Comp Sales% - month** | | | -18.0% | | | |
| *Retail sales excludes fragrance, gold card & mag. Sales | | | 28,638.1 | | | |
| | 11/14 | Credit card | | | | |
| **Cash Receipts** | Ch. 11 Filing | Co. holdback | | | | |
| Cash Receipts (incl. fragrance, gold card, etc.) | 5,772.6 | 6,610.6 | 6,199.2 | 8,434.1 | 6,295.6 | 27,539.4 |
| Sales Tax Collected | 346.4 | 491.6 | 671.9 | 484.9 | 362.0 | 2,010.4 |
| Other | - | (1,500.0) | - | - | - | (1,500.0) |
| B of A | 1,235.0 | - | 1,552.0 | - | - | 1,552.0 |
| **Total Cash Collected** | **7,354.0** | **5,602.2** | **8,423.1** | **8,919.1** | **6,657.5** | **29,601.9** |
| **Cash Disbursements** | | | | | | |
| *Total Employee Related* | 329.0 | 1,841.9 | 339.6 | 1,975.4 | 362.1 | **4,519.0** |
| *Total Occupancy* | 302.0 | - | 94.0 | 780.0 | 2,455.6 | **3,329.6** |
| *Total Sales Taxes* | 34.0 | 991.1 | 884.2 | 97.3 | 292.0 | **2,264.6** |
| *Total Merch. - Cost of Goods* | 2,878.0 | 2,888.7 | 2,961.8 | 2,384.0 | 2,509.5 | **10,744.0** |
| | | Comm. fee | | | | |
| *Other Non-Merchandise Expenses* | | | | | | |
| Capex | - | - | - | 15.0 | 15.0 | 30.0 |
| Interest Expense | - | 571.4 | 163.7 | - | - | 735.1 |
| Other Operating Expenses | 1,857.0 | 364.6 | 972.4 | 260.4 | 582.3 | 2,179.7 |
| *Total Other Non-Merch. Expenses* | 1,857.0 | 936.0 | 1,136.1 | 275.4 | 597.3 | **2,944.8** |
| | Prof. Retainers & Other | | | | | |
| *Total Professional Fees* | 915.0 | - | - | - | - | |
| **Total Disbursements** | **6,315.0** | **6,657.8** | **5,415.7** | **5,512.1** | **6,216.4** | **23,802.0** |
| **Net Cash Flow** | **1,039.0** | **(1,055.6)** | **3,007.4** | **3,406.9** | **441.1** | **5,799.9** |
| | | *Interim DIP period----------------------------------------------------* | | | | 5,799.9 |
| **Pre-Petition Loan Balance** | | (30,543.3) | (22,120.2) | (13,201.1) | (6,543.6) | |
| **Post-Petition Loan Balance** | | (1,055.6) | (6,471.3) | (11,983.4) | (18,199.8) | |
| **Total Ending Loan Balance** | (30,543.3) | (31,598.9) | (28,591.5) | (25,184.5) | (24,743.4) | |
| **Availability** | | | | | | |
| Accounts Receivable availability 85% | 1,727.0 | 1,727.0 | 1,727.0 | 1,843.0 | 1,843.0 | |
| Inventory Availability | 34,843.4 | 32,765.5 | 29,695.7 | 29,550.2 | 30,074.1 | |
| Borrowing Base after Reserves ($45mm Line) | 34,278.5 | 34,015.7 | 31,937.9 | 28,868.0 | 28,565.4 | |
| Total Revolver + DIP Balance | (30,543.3) | (31,598.9) | (28,591.5) | (25,184.5) | (24,743.4) | |
| Open L/C's | (528.0) | (840.5) | (1,125.0) | (1,125.0) | (2,355.0) | |
| **Credit line Availability** | **3,207.2** | **1,576.3** | **2,221.4** | **2,558.5** | **1,467.0** | |
| NOLV rates used above | 83.0% | 83.0% | 80.1% | 80.1% | 80.1% | |

The accompanying financial information is based on information provided by Loehmann's. The Clear Thinking Group LLC has not audited or otherwise verified the information provided to us, nor will we provide any assurances as

Plan as of: 11/13/2010