UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| LOEHMANN'S HOLDINGS, INC., et al., | ) Case No. 10-16077 (REG) ) (Jointly Administered) |
| Debtors. | ) ) |

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, depose and say that I am employed by Kurtzman Carson Consultants LLC, "KCC," the claims and noticing agent for the Debtor in the above-captioned case.

On November 22, 2010, at my direction and under my supervision, employees of KCC caused the following documents to be served via First-Class Mail on the service list attached hereto as Exhibit A:

- Debtors' Motion Pursuant to Section 365(d)(4) of the Bankruptcy Code to Extend the Period Within which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property [**Docket No. 88**]

Dated: November 22, 2010

_/s/ Karen M. Wagner_
Karen M. Wagner

State of California, County of Los Angeles

Subscribed and sworn to before me on this 22nd day of November, 2010, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _/s/ Aimee Parel_
Notary Public

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013



Exhibit A
Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| ACCESSORY NETWORK GROUP | | 350 FIFTH AVE | | | NEW YORK | NY | 10118-0000 | |
| ADRIANNA PAPELL | | 512 SEVENTH AVE | | | NEW YORK | NY | 10018-0000 | |
| ADT SECURITY SERVICES, INC. | SENSORMATIC DIV. | ONE TOWN CENTER RD | | | BOCA RATON | FL | 33486-0000 | |
| ALTERNATIVE | | 650 INDIAN BROOK WAY | | | NORCROSS | GA | 30093-0000 | |
| Ballard Spahr LLP | David L Pollack Esq | 51st Fl Mellon Bank Ctr | 1735 Market St | | Philadelphia | PA | 19103-0000 | |
| Ballard Spahr LLP | Jeffrey Meyers Esq | 51st Fl Mellon Bank Ctr | 1735 Market St | | Philadelphia | PA | 19103-0000 | |
| BELLA TERRA ASSOCIATES, LLC | C/O DJM CAPITAL PARTNERS | 60 S MARKET ST STE 1120 | | | SAN JOSE | CA | 95113-0000 | |
| BURBANK MALL ASSOCIATES, LLC | C/O CROWN REALTY DEVELOPMENT | 18201 VON KARMAN AVE STE 950 | | | IRVINE | CA | 92612-0000 | |
| CALVIN KLEIN OUTERWEAR | | 140 DOCKS CORNER RD | | | DAYTON | NJ | 08810-0000 | |
| CALVIN KLEIN UNDERWEAR | | PO BOX 9 | | | MAULDIN | SC | 29662-0000 | |
| Clery Gottlieb Steen & Hamilton LLP | Sean A O'Neal Esq | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Corporation Counsel of the City of New York | Tax and Bankruptcy Division | 100 Church Street | | | New York | NY | 10007-0000 | |
| CRM PROPERTIES | C/O CARUSO AFFILIATED | 101 THE GROVE DR | | | LOS ANGELES | CA | 90036-0000 | |
| CROWN CREDIT COMPANY | | 40 S. WASHINGTON ST | | | NEW BREMEN | OH | 45869-0000 | |
| Crystal Financial LLC | Attn Rebecca Tarby | Two International Place | | | Boston | MA | 02110-0000 | |
| Designer Apparel Holding Company | c/o Cleary Gottlieb Steen & Hamilton LLP | Attn Richard S. Lincer, Esq. | | One Liberty Plaza | New York | NY | 10006-0000 | |
| Designer Apparel Holding Company | c/o Cleary Gottlieb Steen & Hamilton LLP | Attn Sean A. O'Neal, Esq. | | One Liberty Plaza | New York | NY | 10006-0000 | |
| FASHION CENTER LLC | C/O WILLNER REALTY AND DEVELOPMENT | 123 COULTER AVE STE 200 | | | ARDMORE | PA | 19003-0000 | |
| FEDERAL REALTY LP | | 40 W 57TH ST, 23RD FL | | | NEW YORK | NY | 10019-0000 | |
| FURS BY LEONARD GORSKI INC. | | 1435 ALEXANDRE STE 1200 | | | MONTREAL, QUEBEC | | H3A 2G4 | CANADA |
| G III LADIES DIVISION | | PO BOX 24292 | | | NEW YORK | NY | 10087-0000 | |
| GGP Limited Partnership as Agent | Kristen N Pate Esq | 110 N Wacker Dr | | | Chicago | IL | 60606-0000 | |
| Gibson Dunn & Crutcher LLP | Matthew J Williams Esq | 200 Park Ave | | | New York | NY | 10166-0193 | |
| Gibson Dunn & Crutcher LLP | Megan Cummins Esq | 200 Park Ave | | | New York | NY | 10168-0000 | |
| Gibson Dunn & Crutcher LLP | Robert L. Cunningham, Esq. | 200 Park Ave | | | New York | NY | 10168-0000 | |
| GORDON RETAIL PARTNERS, LLC | | 101 HUNTINGTON AVE 10TH FL | | | BOSTON | MA | 02199-0000 | |
| HC ATLANTIC DEVELOPMENT LIMITED PARTNERSHIP | C/O HAROLD COHEN ASSOCIATES INC | 393 TOTTEN POND RD | | | WALTHAM | MA | 02541-2013 | |
| Internal Revenue Service | Department of the Treasury Insolvency Unit | P.O. Box 21126 | | | Philadelphia | PA | 19114-0000 | |
| INTERNATIONAL ACCESSORIES | | PO BOX 30508 | | | LOS ANGELES | CA | 90030-0000 | |
| JUICY COUTURE | C/O LIZ CLAIBORNE | PO BOX 13866 | | | NEWARK | NJ | 07188-0866 | |
| JUST CYNTHIA | CYNTHIA STEFFE | 550 SEVENTH AVE | | | NEW YORK | NY | 10018-0000 | |
| Katsky Korins LLP | Robert A Abrams Esq | 605 Third Ave | | | New York | NY | 10158-0038 | |
| Katten Muchin Rosenman LLP | Dustin P Branch Esq | 2029 Century Park E Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Katten Muchin Rosenman LLP | Thomas J Leanse Esq | 2029 Century Park E Ste 2600 | | | Los Angeles | CA | 90067-3012 | |
| Kelley Drye & Warren LLP | James S Carr Esq | 101 Park Ave | | | New York | NY | 10178-0000 | |
| Kelley Drye & Warren LLP | Robert L LeHane Esq | 101 Park Ave | | | New York | NY | 10178-0000 | |
| KERSH / IFL INC. | | 8680 CAMBIE ST | | | VANCOUVER, BC | | V6P 6M9 | CANADA |
| KEYSTONE FREIGHT CORP | | 611 US HWY 46 | | | WEST HASBROUCK HEIGHTS | NJ | 07064-0000 | |
| Kupelian Ormond & Magy PC | David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | | Southfield | MI | 48075-0000 | |
| Kupelian Ormond & Magy PC | Paul S Magy Esq | 25800 Northwestern Hwy Ste 950 | | | Southfield | MI | 48075-0000 | |
| LeClairRyan APC | Ilan Markus Esq | 545 Long Wharf Dr 9th Fl | | | New Haven | CT | 06511-0000 | |
| LEVY GROUP | | 512 SEVENTH AVENUE NEW YORK | | | NEW YORK | NY | 10018-0000 | |
| Linebarger GogganBlair & Sampson LLP | John Dillman Esq | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| LISTEFF FASHIONS INC. | | P O BOX 29242 | | | NEW YORK | NY | 10087-9242 | |
| LUCCA | | 629 EAST 30th STREET | | | LOS ANGELES | CA | 90011-0000 | |
| MAX MARA | | 530 7TH AVE 21ST FL | | | NEW YORK | NY | 10018-0000 | |
| McCARTHY RANCH SHOPPING CENTER, LP | C/O HUNTER PROPERTIES | 20725 VALLEY GREEN DR STE 100 | | | CUPERTINO | CA | 95014-0000 | |
| MICHAEL KORS, LLC | | 11 W 42ND ST | | | NEW YORK | NY | 10036-0000 | |
| MODERN SHOE COMPANY | | PO BOX 849166 | | | BOSTON | MA | 02284-9166 | |
| NATIONAL RETAIL CONSOLIDATORS | | 2820 16TH ST | | | NORTH BERGEN | NJ | 07047-0000 | |
| NYC Dept. of Finance | Attn Legal Affairs - Devora Cohn | 345 Adams St, 3rd Fl | | | Brooklyn | NY | 11201-0000 | |
| NYS Department Taxation & Finance | Bankruptcy/Special Procedures Section | Attn Neil Mann, Esq. | 1740 Broadway, 16th Floor | | New York | NY | 10019-0000 | |
| NYS Department Taxation & Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| NYS Unemployment Insurance Fund | | PO Box 551 | | | Albany | NY | 12201-0000 | |
| Parella Weinberg Partners LP | Attn Richard J. Schinder | 767 Fifth Avenue | | | New York | NY | 10153-0000 | |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Paul Capital | Attn Brian Sullivan | Two Grand Central Tower | 140 East 45th Street, 44th Floor | | New York | NY | 10017-0000 | |
| Plainfield Special Situations Master Fund Limited | Plainfield Special Situations Master Fund II Limited | Plainfield OC Master Fund Limited | Attn: Marc Sole | 333 Ludlow Street | Stamford | CT | 06902-0000 | |
| PLANET GOLD | | 1410 BROADWAY | | | NEW YORK | NY | 10018-0000 | |
| POUR LA VICTOIRE-PLV STU | C/O MADISON ADMINISTRATIVE SERVICES, INC. | 232 MADISON AVE, STE 1307 | | | NEW YORK | NY | 10016-0000 | |
| PRIMA III LLC | C/O THE WILDER COMPANIES, LTD. | 800 BOYLESTON ST | | | BOSTON | MA | 02199-0000 | |
| Proskauer Rose LLP | Jeffrey W Levitan Esq | 1585 Broadway | | | New York | NY | 10036-8299 | |
| Proskauer Rose LLP | Richard J Corbi Esq | 1585 Broadway | | | New York | NY | 10036-8299 | |
| Proskauer Rose LLP | Nathalia Osorio Esq | One International Pl | | | Boston | MA | 02110-2600 | |
| Proskauer Rose LLP | Peter J Antoszyk Esq | One International Pl | | | Boston | MA | 02110-2600 | |
| Proskauer Rose LLP | Attn Jeffrey W. Levitan, Esq. | One International Plac | | | Boston | MA | 02110-0000 | |
| Proskauer Rose LLP | Attn Peter J. Antoszyk, Esq. | One International Plac | | | Boston | MA | 02110-0000 | |
| REPUBLIC CLOTHING CORP | | 225 WEST 39TH STREET | | | NEW YORK | NY | 10018-0000 | |
| RICH NEWBURY PARK LLC | RICH DEVELOPMENT COMPANY | 1000 NORTH WEST AVE STE 200 | | | SAN PEDRO | CA | 90732-0000 | |
| Rivkin Radler LLP | Matthew V Spero Esq | 926 RXR Plaza | | | Uniondale | NY | 11556-0926 | |
| Rivkin Radler LLP | Stuart L Gordon Esq | 926 RXR Plaza | | | Uniondale | NY | 11556-0926 | |
| Ropes & Gray LLP | Attn Keith H. Wofford | 1211 Avenue of the Americas | | | New York | NY | 10036-8704 | |
| Ropes & Gray LLP | Stephen S. Moeller-Sally | 1211 Avenue of the Americas | | | New York | NY | 10036-8704 | |
| SCENTS OF WORTH | | 35 SAWGRASS DR, STE #2 | | | BELLPORT | NY | 11713-0000 | |
| SCENTS OF WORTH, INC. | | 1061 SW 30TH AVE | | | DEERFIELD BEACH | FL | 33442-0000 | |
| Schenk Annes Brookman & Tepper Ltd | Andrew J Annes Esq | 311 S Wacker Dr Ste 5125 | | | Chicago | IL | 60606-6657 | |
| Schenk Annes Brookman & Tepper Ltd | Robert Tepper Esq | 311 S Wacker Dr Ste 5125 | | | Chicago | IL | 60606-6657 | |
| Securities Exchange Commission | New York Region | 3 World Financial Center STE 400 | | | New York | NY | 10281-0000 | |
| SEVEN LICENSING COMPANY | | 3151 EAST WASHINGTON BLVD | | | LOS ANGELES | CA | 90023-0000 | |
| Seward & Kissel LLP | Attn John Ashmead | One Battery Park Plaza | | | New York | NY | 10004-0000 | |
| Simon Property Group Inc | Ronald M Tucker Esq | 225 W Washington St | | | Indianapolis | IN | 46204-0000 | |
| SIMON PROPERTY GROUP, INC. | | PO BOX 3849 | | | YOUNGSTOWN | OH | 44513-0000 | |
| STEVE MADDEN / STEVE | | BLDG A 3400 MCINTOSH ROAD | | | PORT EVERGLADES | FL | 33316-0000 | |
| TAHARI LTD | | PO BOX 200799 | | | PITTSBURGH | PA | 15250-0694 | |
| Texas Comptroller of Public Accounts | Mark Browning Asst AG | Bankruptcy & Collections Div | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Troutman Sanders LLP | Attn William D. Freedman, Esq. | 405 Lexington Avenue | | | New York | NY | 10174-0000 | |
| U.S. OUTLET INC. | | 1717 SOUTH FIGUEROA STREET | | | LOS ANGELES | CA | 90015-0000 | |
| United States Attorney for the Southern District of New York | Preetinder S. (Preet) Bharara | One St. Andrew's Plaza | Claims Unit - Room 417 | | New York | NY | 10007-0000 | |
| United States Trustees Office | | 33 Whitehall Street, 21st Floor | | | New York | NY | 10004-0000 | |
| URBAN OUTFITTERS | | 209 WEST 38TH STREET | | | NEW YORK | NY | 10018-0000 | |
| VICTORINOX | | PO BOX 845362 | | | BOSTON | MA | 02284-5362 | |
| Wasserman Jurista & Stolz PC | Daniel M Stolz Esq | 225 Millburn Ave Ste 207 | PO Box 1029 | | Millburn | NJ | 07041-0000 | |
| Wells Fargo Bank N.A. | Attn Tim Mowdy | Corporate Trust Services | Sixth and Marquette, N 9303-120 | | Minneapolis | MN | 55479-0000 | |
| Whippoorwill Associates, Inc. | Attn D Gewanter | 11 Martine Avenue, 8th Floor | | | White Plains | NY | 10606-0000 | |
| Whippoorwill Associates, Inc. | Attn General Counsel | 11 Martine Avenue, 8th Floor | | | White Plains | NY | 10606-0000 | |
| Whippoorwill Associates, Inc. | Attn Steven Gendal | 11 Martine Avenue, 8th Floor | | | White Plains | NY | 10606-0000 | |
| XEROX CORPORATION | | 1301 RIDGEVIEW BLDG 300 | | | LEWISVILLE | TX | 75057-0000 | |

Exhibit A
Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 1528 CHESTNUT LLC | C/O ACHS MANAGEMENT CORP | 1407 BROADWAY 32ND FL | | NEW YORK | NY | 10018-0000 |
| 222 SUTTER ST PARTNERSHIP | C/O MADISON MARQUETTE REALTY | 660 DAVIS ST | | SAN FRANCISCO | CA | 94111-0000 |
| 467 WEST AVE LLC | | 605 WEST AVE | | NORWALK | CT | 06850-0000 |
| AD PEMBROKE GARDENS LLC | C/O JEFFREY R ANDERSON REAL ESTATE INC | 3805 EDWARDS RD STE 700 | | CINCINATTI | OH | 45209-0000 |
| ALAN MOUNTY | | 210 ROUTE 4 EAST | | PARAMUS | NJ | 07652-0000 |
| ALLISONS BEER AND SODA | | 12 HERITAGE ISLAND RD | | NEW FAIRFIELD | CT | 06812-0000 |
| ANDREA RIEGLER | | 550 NEWPORT CTR DR | 6TH FL | NEWPORT BEACH | CA | 92658-8904 |
| ANNE THEISEN | | 2901 BUTTERFIELD RD | | OAK BROOK | IL | 60523-0000 |
| BARBARA SULLIVAN | | 97 77 QUEENS BLVD STE 1006 | | REGO PARK | NY | 11374-0000 |
| BEACHNUT STREET INC | C/O CENTER MANAGEMENT CO | 4230 AVONDALE AVE | STE 200 | DALLAS | TX | 75219-0000 |
| BEECHNUT STREET INC FONDON I | | 13333 NORTHWEST FWY STE 150 | | HOUSTON | TX | 77040-0000 |
| BELLA TERRA ASSOCIATES | C/O CJM CAPITAL PARTNERS | 60 S MARKET ST STE 1120 | | SAN JOSE | CA | 95113-0000 |
| BELLA TERRA ASSOCIATES | | 7881 EDINGER AVE | | HUNTINGTON BEACH | CA | 92647-0000 |
| BEVCON I LLC | C/O WEST TRUST | 18201 VON KARMAN AVE | STE 460 | IRVINE | CA | 92612-0000 |
| BOB KUPSCH | C/O BPG MANAGEMENT | 770 TOWN LINE RD | STE 150 | YARDLEY | PA | 19067-0000 |
| BRUCE LEADER | C/O HAROLD COHEN ASSOC INC | 393 TOTTEN POND RD | | WALTHAM | MA | 02451-2013 |
| BUDDY CLARK | C/O CENTER MANAGEMENT CO | 4230 AVONDALE AVE | STE 200 | DALLAS | TX | 75219-0000 |
| BURBANK MALL ASSOCIATES LLC | C/O CROWN REALTY & DEVELOPMENT CORP | 18201 VON KARMAN AVE | STE 950 | IRVINE | CA | 92612-0000 |
| CANDY KOPCZAK | | 1541 SUNSET DR STE 300 | | CORAL SPRINGS | FL | 33433-0000 |
| CHUCK LOJEWSKI | | 123 COULTER AVE STE 200 | | ARDMORE | PA | 19003-0000 |
| COMMERCE HALSEY LLC | | 2500 WATERBURY ST | | BRONX | NY | 10462-0000 |
| CONRANS VF LLC | | 210 ROUTE 4 EAST | | PARAMUS | NJ | 07652-0000 |
| CRM PROPERTIES INC | C/O CARUSO AFFILIATED | 101 THE GROVE DR | | LOS ANGELES | CA | 90036-0000 |
| CROW CANYON COMMON INVESTORS LLC ET AL | C/O J D MERCER & CO | 200 BROWN RD | STE 102 | FREMONT | CA | 94539-0000 |
| DAVE GRODZICKI | C/O GRAND SAKWA MGT LLC | 28470 13 MILE RD | | FARMINGTON HILLS | MI | 48322-0000 |
| DAVID KASNER | | 166 MONTAGUE ST | | BROOKLYN | NY | 11201-0000 |
| DAVID PALOMO | C/O DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PKWY | | BEACHWOOD | OH | 44122-0000 |
| DAVID ROTH | C/O DAVID ROTH ENTERPRISES | 145 76 THIRD AVE | | WHITESTONE | NY | 11357-0000 |
| DDR MIAMI AVENUE LLC | | 3300 ENTERPRISE PKWY | | BEACHWOOD | OH | 44122-0000 |
| DEBRA LODICO | C/O FEDERAL REALTY INVESTMENT TRUST | 1626 EAST JEFFERSON ST | | ROCKVILLE | MD | 20852-0000 |
| DONAHUE SCHRIBER | | 6324 D E PACIFIC COAST HWY | | LONG BEACH | CA | 90803-0000 |
| EAST GATE CENTER IV LLC | C/O BPG MANAGEMENT | 770 TOWN LINE RD | STE 150 | YARDLEY | PA | 19067-0000 |
| EILEEN DONLON | | PO BOX 5020 | | NEW HYDE PARK | NY | 11042-0020 |
| EMELIA IZQUIERDO | | 7101 WISONSIN AVE STE 1111 | | BETHESDA | MD | 20814-0000 |
| EMMONS REALTY CORP | | 2027 EMMONS AVE | | BROOKLYN | NY | 11201-0000 |
| ERIC SAHN | BELLA TERRA ASSOCIATES LLC | C/O CJM CAPITAL PARTNERS | 60 S MARKET ST STE 1120 | SAN JOSE | CA | 95113-0000 |
| EUGENE DOROKH | | 2027 EMMONS AVE | | BROOKLYN | NY | 11201-0000 |
| EVERGREEN VALLEY PLAZA LLC | | PO BOX 16688 | | PHOENIX | AZ | 85011-6688 |
| FEDERAL REALTY INVESTMENT TRUST | C O FEDERAL REALTY INVESTMENT TRUST | 1626 EAST JEFFERSON ST | | ROCKVILLE | MD | 20852-0000 |
| FEDERAL REALTY LIMITED PARTNERSHIP | | 97 77 QUEENS BLVD STE 1006 | | REGO PARK | NY | 11374-0000 |
| FELICIA M DELLANINI | | MID AMERICA ASSET MGT INC | 2 MID AMERICA PLZ | OAKBROOK TERRACE | IL | 60181-0000 |
| GATEWAY OVERLOOK | | 10300 LITTLE PATUXENT PKWY | | COLUMBIA | MD | 21044-0000 |
| GLL PERIMETER PLACE LP | C/O THE SEMBLER CO | 1450 S JOHNSON FERRY RD | | ATLANTA | GA | 30319-0000 |
| GRAND LAS POSAS, LLC | C/O WORLD PREMIER INVESTMENTS | 3 IMPERIAL PROMENADE | STE 550 | SANTA ANA | CA | 92707-0000 |
| GRISTEDES FOOD INC | ANSONIA COMMERCIAL LLC | C/O SIRIUS LLC | 2109 BROADWAY | NEW YORK | NY | 10023-0000 |
| GS CENTENNIAL LLC | C/O DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PKWY | | BEACHWOOD | OH | 44122-0000 |
| HARBRO REALTY CO LLC | | 145 SEA FARM LN | PO BOX 652 | BRIDGEHAMPTON | NY | 11932-0000 |

Loehmann's Holding, Inc.
Case No. 10-16077

1 of 3

11/22/2010 4:06 PM

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| HARRY ALLISON | | 12 HERITAGE ISLAND RD | | NEW FAIRFIELD | CT | 06812-0000 |
| HARRY DAVIS | | 275 SUMMIT AVE | | SAN RAFAEL | CA | 94901-0000 |
| HC ATLANTIC DEVELOPMENT LP | C/O HAROLD COHEN ASSOC INC | 393 TOTTEN POND RD | | WALTHAM | MA | 02451-2013 |
| HEWLETT BAY PARK ASSOCIATES | | 1315 BROADWAY | | HEWLETT | NY | 11557-0000 |
| INLAND COMMERCIAL PROPERTY MGT INC | | 2901 BUTTERFIELD RD | | OAK BROOK | IL | 60523-0000 |
| IRVINE RETAIL PROPERTIES CO | C/O THE IRVINE CO | 550 NEWPORT CTR DR | 6TH FL | NEWPORT BEACH | CA | 92658-8904 |
| JBG ROSENFELD REAL PROPERTIES | | 7101 WISONSIN AVE STE 1111 | | BETHESDA | MD | 20814-0000 |
| JEFFREY J SIEGEL | | 51 COMMERCE ST | | SPRINGFIELD | NJ | 07081-0000 |
| JIM R SMITH & CO | | 1400 POST OAK BLVD STE 850 | | HOUSTON | TX | 77056-0000 |
| JOE BYRNES | | 1626 EAST JEFFERSON ST | | ROCKVILLE | MD | 20852-4041 |
| JOSEPH DEDONA | | 2500 WATERBURY ST | | BRONX | NY | 10462-0000 |
| JULIE FENNESSEY | | 1000 NORTH WEST AVE STE 200 | | SAN PEDRO | CA | 90732-0000 |
| JULIE TYNER | | 3191D AT AIRPORT LOOP | | COSTA MESA | CA | 92626-3404 |
| KIMCO REALTY CORP | | PO BOX 5020 | | NEW HYDE PARK | NY | 11042-0020 |
| KR PILGRAM LP | C/O KRAMONT REALTY TRUST | 580 W GERMANTOWN PIKE | STE 200 | PLYMOUTH MEETING | PA | 19462-0000 |
| KR PILGRIM LP | | 1 LAFAYETTE ST STE 300 | TWO TOWER BRIDGE | CONSHOHOCKEN | PA | 19428-0000 |
| L P E PARTNERS | | 820 MORRIS TURNPIKE STE 301 | | SHORT HILLS | NJ | 07078-0000 |
| LAKE SUCCESS SHOPPING CNTR | | 1526 A UNION TPKE | | NEW HYDE PARK | NY | 11040-0000 |
| LEILANI | C/O THE SEMBLER CO | 1450 S JOHNSON FERRY RD | | ATLANTA | GA | 30319-0000 |
| LEON AUSTERN | | 145 SEA FARM LN | PO BOX 652 | BRIDGEHAMPTON | NY | 11932-0000 |
| LKS ASSOCIATES LP | C/O LOEB PARTNERS REALTY | 444 SEABREEZE BLDD | STE 325 | DAYTONA BEACH | FL | 32118-0000 |
| LOEHMANNS PLAZA LIMITED PARTNERSHIP | | 1626 EAST JEFFERSON ST | | ROCKVILLE | MD | 20852-4041 |
| LORNA FERIA | C/O MADISON MARQUETTE REALTY | 660 DAVIS ST | | SAN FRANCISCO | CA | 94111-0000 |
| LUIS P MESHON SR | C/O KRAMONT REALTY TRUST | 580 W GERMANTOWN PIKE | STE 200 | PLYMOUTH MEETING | PA | 19462-0000 |
| LYDJA ZOVKO | C/O DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PKWY | | BEACHWOOD | OH | 44122-0000 |
| MACK PROPERTIES CO NO 6 INC | | 2115 LINWOOD AVE STE 110 | | FORT LEE | NJ | 07024-0000 |
| MARCELO KLAJNBART | C/O ACHS MANAGEMENT CORP | 32ND FL | | NEW YORK | NY | 10018-0000 |
| MARINA PACIFICA LLC | | 6324 D E PACIFIC COAST HWY | | LONG BEACH | CA | 90803-0000 |
| MARY COOPER | | 1315 BROADWAY | | HEWLETT | NY | 11557-0000 |
| MAURICE M WILL, TRUSTEE/RUTHERFORD PROPERTIES | | 51 COMMERCE ST | | SPRINGFIELD | NJ | 07081-0000 |
| MCCARTHY RANCH SHOPPING CNTR LP | C/O HUNTER PROPERTIES | 20725 VALLEY GREEN DR | STE 100 | CUPERTINO | CA | 95014-0000 |
| METRO POINT RETAIL ASSOCIATES II | C/O ARNEL COMMERCIAL PROPERTY | 949 SOUT COAST DR | STE 600 | COSTA MESA | CA | 92626-0000 |
| MICHELLE SMITH | | PO BOX 3849 | | YOUNGSTOWN | OH | 44513-0000 |
| MID AMERICA ASSET MANAGEMENT INC | | 2 MID AMERICA PLZ | 3RD FL | OAKBROOK TERRACE | IL | 60181-4713 |
| MISSION VALLEY PARTNERSHIP | 1640 CAMINO DEL RISO N | STE 351 | | SAN DIEGO | CA | 92108-1506 |
| NORTHVILLE CENTER JOINT VENTURE | C/O GRAND SAKWA MGT LLC | 28470 13 MILE RD | | FARMINGTON HILLS | MI | 48322-0000 |
| OAKBROOK OP & F INC | MID AMERICA ASSET MGT INC | 2 MID AMERICA PLZ | | OAKBROOK TERRACE | IL | 60181-0000 |
| PASEO COLORADO HOLDINGS LLC | C/O DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PKWY | | BEACHWOOD | OH | 44122-0000 |
| PATRICK KINNEY | C/O CARUSO AFFILIATED | 101 THE GROVE DR | | LOS ANGELES | CA | 90036-0000 |
| PAUL JERKOVICH | | 2115 LINWOOD AVE STE 110 | | FORT LEE | NJ | 07024-0000 |
| PETER P BOLLINGER INVESTMENTS | | 540 FULTON AVE | | SACRAMENTO | CA | 95825-0000 |
| PHIL SCHIFFERMAN | | 820 MORRIS TURNPIKE STE 301 | | SHORT HILLS | NJ | 07078-0000 |
| PRIMA III LLC | | 700 MORRIS TPKE | | SHORT HILLS | NJ | 07078-0000 |
| PRIMA III LLC | | 770 MORRIS TPKE | | SHORT HILLS | NJ | 07078-0000 |
| PRIMA III LLC | C/O THE WILDER COMPANIES LTD | 800 BOYLSTON ST | | BOSTON | MA | 02199-0000 |
| RANCHO NIGUEL PLAZA II LLC | | 3191D AT AIRPORT LOOP | | COSTA MESA | CA | 92626-3404 |
| REGENCY CENTERS LP | | 121 W FORSYTHE ST STE 200 | | JACKSONVILLE | FL | 32202-0000 |
| REGENCY RETAIL PARTNERSHIP | C/O REGENCY REALTY CORP | 121 W FORSYTHE ST | | JACKSONVILLE | FL | 32202-0000 |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| RESEDA SHOPPING CNTR II LLC | C/O COMBINED PROPERTIES INC | 1255 22ND ST NW | STE 600 | WASHINGTON | DC | 20037-0000 |
| RICH DEVELOPMENT CO | | 1000 NORTH WEST AVE STE 200 | | SAN PEDRO | CA | 90732-0000 |
| RICH DEVELOPMENT CO | C O THE REAL ESTATE GROUP | 1762 WESTWOOD BLVD STE 400 | | LOS ANGELES | CA | 90024-0000 |
| RLV HUNTERS SQUARE LP | | 31500 NORTHWESTERN HWY | | FARMINGTON HILLS | MI | 48334-0000 |
| ROBERT ORLOFSKY | | 7 BRYANT CRESCENT 1 C | | WHITE PLAINS | NY | 01005-0000 |
| ROBERT PECK | | 1526 A UNION TPKE | | NEW HYDE PARK | NY | 11040-0000 |
| ROSSIE COYLE | C/O COMBINED PROPERTIES INC | 1255 22ND ST NW | STE 600 | WASHINGTON | DC | 20037-0000 |
| SEMBLER FAMILY PARTNERSHIP No 31 LTD | | 1450 S JOHNSON FERRY RD STE 100 | | ATLANTA | GA | 30139-0000 |
| SEMBLER/GAETA NAPLES PARTNERSHIP No 1 LTD | | 5858 CENTRAL AVE | | ST. PETERSBURG | FL | 33707-0000 |
| SHANDON PROPERTIES | C O THE REAL ESTATE GROUP | 1762 WESTWOOD BLVD STE 400 | | LOS ANGELES | CA | 90024-0000 |
| SHANDON PROPERTIES & RICH DEVELOPMENT CO | C/O THE REAL ESTATE GRP | 1762 WESTWOOD BLVD STE 400 | | LOS ANGELES | CA | 90024-0000 |
| SHRANKA MITCHELL | | 121 W FORSYTHE ST STE 200 | | JACKSONVILLE | FL | 32202-0000 |
| SIMON PROPERTY GROUP INC | | 15830 S LA GRANGE RD | | ORLAND PARK | IL | 60642-0000 |
| SIMON PROPERTY GROUP INC | | PO BOX 3849 | | YOUNGSTOWN | OH | 44513-0000 |
| SMITHFIELD PROPERTIES XX LLC | | 400 W HURON ST | | CHICAGO | IL | 60610-0000 |
| SOMERSET COUNTY SHOPPING CNTR | | 893 HWY 22 | | NORTH PLAINFIELD | NJ | 07060-0000 |
| STANLEY M SELIGSON | | 605 WEST AVE | | NORWALK | CT | 06850-0000 |
| STUART FRANKEL | | 3221 W BIG BEAVER STE 106 | | TROY | MI | 48084-0000 |
| SUSAN SPICER | JIM R SMITH & CO | 1400 POST OAK BLVD | STE 850 | HOUSTON | TX | 77056-0000 |
| SUSAN STONE | | 1640 CAMINO DEL RISO N | STE 351 | SAN DIEGO | CA | 92108-1506 |
| SUZANNE PARRISH | | 10300 LITTLE PATUXENT PKWY | | COLUMBIA | MD | 21044-0000 |
| TAMMY CART | | 31500 NORTHWESTERN HWY | | FARMINGTON HILLS | MI | 48334-0000 |
| TARA EVANS | C/O HUNTER PROPERTIES | 20725 VALLEY GREEN DR | STE 100 | CUPERTINO | CA | 95014-0000 |
| TERRY ROSEN | ANSONIA COMMERCIAL LLC | C/O SIRIUS LLC | 2109 BROADWAY | NEW YORK | NY | 10023-0000 |
| THE IRVINE COMPANY | | 2915 EL CAMINO REAL | | TUSTIN | CA | 92782-0000 |
| THE IRVINE COMPANY/TIC RETAIL PROPERTIES | | 2915 EL CAMINO REAL | | TUSTIN | CA | 92782-0000 |
| THE PRUDENTIAL INSURANCE CO OF AMERICA | | 1541 SUNSET DR STE 300 | | CORAL SPRINGS | FL | 33433-0000 |
| TOYS R US | | ONE GEOFFREY WAY | | WAYNE | NJ | 07470-000 |
| TRACY ENGWALL | | 2 MID AMERICA PLZ | 3RD FL | OAKBROOK TERRACE | IL | 60181-4713 |
| TREGER REALTY CO | | 166 MONTAGUE ST | | BROOKLYN | NY | 11201-0000 |
| TROY COMMONS LLC | | 3221 W BIG BEAVER STE 106 | | TROY | MI | 48084-0000 |
| VILLAGE PLAZA MANAGEMENT | | PO BOX 1838 | | MCHENRY | IL | 60051-9030 |
| WALRO REALTY CO | C/O DAVID ROTH ENTERPRISES | 145 76 THIRD AVE | | WHITESTONE | NY | 11357-0000 |
| WARD WILLIAMS | C/O REGENCY REALTY CORP | 121 W FORSYTHE ST | | JACKSONVILLE | FL | 32202-0000 |
| WHITE PLAINS SHOPPING CNTR ASSOC LLC | | 7 BRYANT CRESCENT 1 C | | WHITE PLAINS | NY | 01005-0000 |
| WILLNER REALTY DEVELOPMENT | | 123 COULTER AVE STE 200 | | ARDMORE | PA | 19003-0000 |
| WRC PROPERTIES INC | | 850 ANDREW CARNEGIE BLVD | | CHARLOTTE | NC | 28262-0000 |