UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
Loehmann's Holdings, Inc. et al.,               :     Case No. 10 B 16077 (REG)
                                                :
                              Debtors.          :     Jointly Administered
-------------------------------------------------------x

APPOINTMENT OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

     As of November 23, 2010, Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Loehmann's Holding, Inc., and affiliated debtors in possession.

1. Wells Fargo Bank, N.A.
   45 Broadway - 17th Floor
   New York, New York 10006
   Attention: Mr. James R. Lewis, Vice President
   Telephone: (212) 515-5258
   Fax: (866) 524-4681

2. Alpine Associates, LP
   100 Union Avenue
   Cresskill, New Jersey 07626
   Attention: Mr. John Kim
   Telephone: (201) 871-2200
   Fax: (201) 871-2241

3. Kenneth S. Grossman Pension Plan
   18 Norfolk, Road
   Great Neck, New York 10020
   Attention: Kenneth S. Grossman, Trustee
   Telephone: (516) 993-2604
   Fax: (212) 739-0958

4. Alternative Apparel, Inc.
   1650 Indian Brook Way
   Building 200
   Norcross, Georgia 30093
   Attention: Matt Berke, Chief Financial Officer
   Telephone: (678) 924-5206
   Fax: (888) 481-1216

5. Rosenthal & Rosenthal Inc.
   1370 Broadway
   New York, New York 10018
   Attention: Mr. Allan Spielman, Chief Credit Risk Officer
   Telephone: (212) 356-1438
   Fax: (212) 356-3438

Dated: New York, New York
       November 23, 2010

                         TRACY HOPE DAVIS
                         UNITED STATES TRUSTEE

By: /s/ Brian S. Masumoto
    Brain S. Masumoto
    Trial Attorney
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    Tel. No. (212) 510-0500