**HAHN & HESSEN LLP**
488 Madison Avenue
New York, NY 10022
(212) 478-7200
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Janine M. Cerbone, Esq.

*Proposed Counsel for the Official Committee of*
*Unsecured Creditors of Loehmann's Holdings, Inc., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Loehmann's Holdings, Inc., *et al.*[1], | Case No. 10-16077 (REG) (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Hahn & Hessen LLP hereby appears as proposed counsel in these cases on behalf of the Official Committee of Unsecured Creditors of Loehmann's Holdings, Inc., *et al.*, debtors and debtors-in-possession herein (the "Debtors"), and that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served as set forth below:

> Mark S. Indelicato, Esq.
> Mark T. Power, Esq.
> Janine M. Cerbone, Esq.
> Hahn & Hessen LLP
> 488 Madison Avenue, 15th Floor
> New York, New York 10022
> Telephone: (212) 478-7200
> Facsimile: (212) 478-7400
> Email: mindelicato@hahnhessen.com
> Email: mpower@hahnhessen.com
> Email: jcerbone@hahnhessen.com

---

[1] The Debtors are the following entities: Loehmann's Holdings, Inc., Loehmann's, Inc., Loehmann's Real Estate, Inc., Loehmann's Operating Co., and Loehmann's Capital Corp.

**PLEASE TAKE FURTHER NOTICE**, that, if applicable, pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules and Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise, which affect or seek to affect in any way the Debtors or property or proceeds in which the Debtors may claim an interest.

Dated: New York, New York
November 24, 2010

**HAHN & HESSEN LLP**

By: */s/ Mark T. Power*
Mark T. Power
A Member of the Firm

*Proposed Counsel for the Official
Committee of Unsecured Creditors of
Loehmann's Holdings, Inc., et al., Debtors*