**Loehmann's**
**Liquidation Analysis - Chapter 7 Liquidation Scenarios**
**$ 000's**

| | | Estimated Value as of | $ Amount (000's) | CASE SCENARIO | | |
|---|---|---|---|---|---|---|
| | **Recoverable Assets:** | | | **LOW** | **MID** | **HIGH** |
| a | Cash | 02/28/11 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| b | Accounts Receivable | 02/28/11 | $ 5,447 | $ 4,085 | $ 4,357 | $ 4,630 |
| | | | Recovery Rate | 75.0% | 80.0% | 85.0% |
| c | Inventory (Recovery on Cost) | 02/28/11 | $ 45,256 | $ 13,577 | $ 18,103 | $ 22,628 |
| | | | Recovery Rate | 30.0% | 40.0% | 50.0% |
| d | Pre-Paid Expenses | 02/28/11 | $ 3,079 | $ 308 | $ 462 | $ 616 |
| | | | Recovery Rate | 10.0% | 15.0% | 20.0% |
| e | PP&E Net of Accum Depreciation | 02/28/11 | $ 28,926 | $ 1,446 | $ 2,893 | $ 4,339 |
| | | | Recovery Rate | 5.0% | 10.0% | 15.0% |
| f | *PP&E Recovery Fee* | | -25% | $ (362) | $ (723) | $ (1,085) |
| g | Intellectual Property | 02/28/11 | $ 10,000 | $ 500 | $ 1,000 | $ 1,500 |
| | | | Recovery Rate | 5.0% | 10.0% | 15.0% |
| h | *IP Recovery Fee* | | -5% | $ (25) | $ (50) | $ (75) |
| i | Lease Designations | 02/28/11 | $ 3,000 | $ 300 | $ 450 | $ 600 |
| | | | Recovery Rate | 10.0% | 15.0% | 20.0% |
| j | *Lease Recovery Fees* | | -5% | $ (15) | $ (23) | $ (30) |
| | **Net Recovery before CH. 7 Trustee Fees & Expenses** | | | **$ 21,815** | **$ 28,469** | **$ 35,123** |
| k | Chapter 7 Trustee Fees | 02/28/11 | | (678) | (877) | (1,077) |
| l | Chapter 7 Trustee Expenses (expenses, other professionals, etc.) | | 1,500 | (1,500) | (1,500) | (1,500) |
| | **Net Available to Senior Secured Creditors** | | | **$ 19,637** | **$ 26,091** | **$ 32,546** |
| m | Amount owed to Secured Creditors - Crystal Financial | 02/28/11 | $ 24,821 | (24,821) | (24,821) | (24,821) |
| | | (% of Secured Claims paid) | | 79.12% | 100.00% | 100.00% |
| | **Net Available to Secured Noteholders - A Series** | | | **$ -** | **$ 1,271** | **$ 7,725** |
| n | Amount owed to Secured Noteholders - A Series | 02/28/11 | $ 75,000 | (75,000) | (75,000) | (75,000) |
| | | (% of Secured Claims paid to Series A) | | 0.00% | 1.69% | 10.30% |
| | **Net Available to Secured Noteholders - B Series** | | | **$ -** | **$ -** | **$ -** |
| o | Amount owed to Secured Noteholders - B Series | 02/28/11 | $ 35,000 | (35,000) | (35,000) | (35,000) |
| | | (% of Secured Claims paid to Series B) | | 0.00% | 0.00% | 0.00% |
| | **Net available for remaining Administrative Claims** | | | **$ -** | **$ -** | **$ -** |
| p | Amounts owed for est. administrative expenses and claims | 02/28/11 | 15,000 | (15,000) | (15,000) | (15,000) |
| | | (% of Admin. Claims paid) | | 0.00% | 0.00% | 0.00% |
| | **Net available for Priority Unsecured Claims** | | | **$ -** | **$ -** | **$ -** |
| q | Priority Unsecured - Pre-Petition Taxes & Employee Claims | 11/14/10 | $ 1,500 | $ (1,500) | $ (1,500) | $ (1,500) |
| | | (% of Priority Unsecured paid) | | 0.00% | 0.00% | 0.00% |
| | **Net available for General Unsecured Claims** | | | **$ -** | **$ -** | **$ -** |
| r | Leasehold Liabilities (502(b)6 Claims) | 11/14/10 | $ 58,701 | $(58,701) | $(58,701) | $(58,701) |
| s | Pre-Petition Accounts Payable | 11/14/10 | $ 37,665 | (37,665) | (37,665) | (37,665) |
| | | (% of Claims paid to General Unsecured) | | 0.00% | 0.00% | 0.00% |

Clear Thinking Group LLC has relied on information provided by Loehmanns, Inc. and its officers. Clear Thinking Group LLC has not audited any of the information provided to us.

**Chapter 7 Liquidation Assumptions:**

| | |
|---|---|
| a | Cash in bank and store depository accounts |
| b | Estimate of AR in float from Credit Card processors as of 2/28/11 |
| c | Projected cash recovery on estimated cost value of inventory.  Mid-case based on 50% of a "normal" Ch. 11 liquidation scenario. |
| d | Prepaids estimated based on 10/30/10 balance sheet amount with an estimated recovery value assumed base on insurance refunds. |
| e | Value of PP&E per 10/30/10 balance sheet estimate (net of accumulated depreciation) |
| f | Estimated cost to sell PP&E |
| g | Value associated with selling the Company's trademark, patents, etc.under a forced sale scenario |
| h | Estimated cost to sell IP |
| i | Value associated with selling the Company's lease designations under a forced sale scenario |
| j | Estimated cost to sell Leases |
| k | Ch. 7 Trustee Fee per Statute calculation |
| l | Estimated Expenses incurred by UST to manage  & wind down estate |
| m | Estimated loan balance owed to senior DIP lender  (Crystal Financial) as of 2/28/11 |
| n | Total Secured Series A Notes as of 11/14/10 |
| o | Total Secured Series B Notes as of 11/14/10 |
| p | Estimated amounts accrued and unpaid administrative expense items |
| q | Estimated unpaid pre-petition priority taxes, customer and employee claims |
| r | Estimate - per preliminary 502(b)6 analysis |
| s | Estimated pre-petition general unsecured non-real estate claims |