Form B6 - Summary (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

Loehmann's Holdings Inc.      Case No.    10-16077-reg
(Debtor)      Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (Yes/No) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ - | | |
| B - Personal Property | YES | 5 | $ 25,409,091.54 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 31,424,559.65 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ - | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ - |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ - |
| **TOTAL** | | 16 | $ 25,409,091.54 | $ 31,424,559.65 | |

Form B6-A
(10/05)

Loehmann's Holdings Inc.  Case No. 10-16077-reg
      (Debtor)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint return is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | | | |

                                                **TOTAL ->** $ -
                                                  (Report also on Summary of Schedules)

Form B6-B
(10/05)

Loehmann's Holdings Inc.                                    Case No.          10-16077-reg
      (Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on Hand. | X | | | |
| 2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security Deposits with Public Utilities, Telephone Companies, Landlords and Other. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing Apparel. | X | | | |
| 7. Furs and Jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Form B6-B
(10/05)

Loehmann's Holdings Inc.                                      Case No.         10-16077-reg
         (Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in an education IRA, as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Form B6-B
(10/05)

Loehmann's Holdings Inc.             Case No.     10-16077-reg
     (Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings and supplies. | | See attached Schedule B28.29 | | $ 10,854,374.94 |

Form B6-B
(10/05)

Loehmann's Holdings Inc.                                     Case No.        10-16077-reg
         (Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Schedule B28.29 | | $ 14,554,716.60 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| Continuation sheets attached  1 | | | TOTAL -> | $ 25,409,091.54 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Loehmann's Holdings Inc.
Case #10-16077-reg

## Schedule B28.29 - Fixed Assets

| Description | Total Cost | Depreciation | Net Book Value |
|---|---|---|---|
| FURNITURE & FIXTURES | $ 21,675,609.65 | $ 10,821,234.71 | $ 10,854,374.94 |
| MACHINERY & EQUIPMENT | $ 10,401,708.03 | $ 7,826,128.88 | $ 2,575,579.15 |
| LEASEHOLD IMPROVEMENTS | $ 19,553,399.21 | $ 7,574,261.76 | $ 11,979,137.45 |
| **TOTAL FIXED ASSETS** | $ 51,630,716.89 | $ 26,221,625.35 | $ 25,409,091.54 |

Form B6-C (04/07)

Loehmann's Holdings Inc.   Case No. 10-16077-reg
      (Debtor)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **NONE** | | | |
| | | | |
| | | | |
| | | | |

Form B6-D (10/06)

Loehmann's Holdings Inc.                                    Case No.     10-16077-reg
        (Debtor)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and the last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112.  If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - "Codebtors".  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing and "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, plane an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place and "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Callateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ADT Security Services, Inc. Sensormatic Division PO Box 371967 Pittsburgh, PA 15250 | | | Secured Lien filed 11/4/2010 Secured by all equipment owned or leased or in possession of Debtor provided by ADT, and all proceeds thereof, including any insurance proceeds Value $Unknown | | X | | Unknown | |
| ADT Security Services, Inc. Sensormatic Division PO Box 371967 Pittsburgh, PA 15250 | | | Secured Lien filed 11/5/2010 Secured by all equipment owned or leased or in possession of Debtor provided by ADT, and all proceeds thereof, including any insurance proceeds Value $Unknown | | X | | Unknown | |
| Crystal Fiancial LLC, as Agent Two International Place 17th Floor Boston, MA 02110 | X | | Secured Lien filed 9/14/2010 Secured by all assets of Debtor including all proceeds and products thereof Value $45,237,000 of inventory @ Retail | | | | $ 31,424,559.65 | |
| Wells Fargo Bank, NA, as Collateral Agent PO Box 7777                San Francisco, CA 94120 ACCOUNT#:16608604 | X | | Secured Lien filed 12/4/2009 Secured by all assets of Debtor Value $Unknown | | X | | Unknown | |
| Wells Fargo Bank, NA, as Collateral Agent PO Box 7777                San Francisco, CA 94120 ACCOUNT#:16608604 | X | | Secured Lien filed 9/3/2010 Secured by all assets of Debtor Value $Unknown | | X | | Unknown | |
| | | | | | | TOTAL | $ 31,424,559.65 | $ - |

Form B6-E
(10/05)

Loehmann's Holdings Inc.　　　　　　　　　　　　　　　　　　　　　　　　Case No.　　　10-16077-reg
　　　　(Debtor)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".

　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place and "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to a priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.

**X** Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extension of credit in an involuntary case**

　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries and commissions**

　　Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fisherman**

　　Claims of certain farmers and fisherman, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　　Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain other Debts Owed to Governmental Units**

　　Taxes, custom duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

Form B6-E
(10/05)

Loehmann's Holdings Inc.                                    Case No.    10-16077-reg
     (Debtor)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital on an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |
| | | | | | | | TOTAL -> $ - | $ - | $ - |

Form B6-F (10/06)

Loehmann's Holdings Inc.  Case No. 10-16077-reg
      (Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P 1007(m). Do not include claims listed in Schedule D and E. If all creditors will not fit on this page use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place and "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

**X** Check this box if debtor has no creditors holding unsecured claims to report on Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NONE | | | Various Vendors | | | | $ - |
| F2 | | | Pending Litigation | | | | $ - |
| | | | (Use only on last page of the completed Schedule F). (Report also on Summary of Schedules). | | | **TOTAL -&gt;** | $ - |

Loehmann's Holdings Inc.
Case #10-16077-reg

Schedule F2 - Unsecured Creditors - Pending Litigation

| VENDOR # | CREDITOR | ADDRESS | CONSIDERATION FOR CLAIM | CLAIM AMOUNT | CODEBTOR | CONTINGENT | UNLIQUIDATED | DISPUTED |
|---|---|---|---|---|---|---|---|---|
| | PHYLLIS MARIA PERGOLA | c/o Sacco & Fillas, LLP<br>141-07 20th Avenue, Suite 506<br>Whitestone, NY 11357<br>Attn: Tonino Saco, Esq. | Pending Litigation<br>Case #309244/2008 | Unknown | | X | X | X |
| | NANCY SCHNEIER | c/o Clark, Gagliardi & Miller, PC<br>99 Court Street<br>White Plains, NY 10601<br>Attn: Sarah Eagen, Esq. | Pending Litigiation<br>Case #301127/2008 | Unknown | | X | X | X |
| | | | TOTAL | $ - | | | | |

Form B6-G
(10/05)

Loehmann's Holdings Inc.                           Case No.            10-16077-reg
         (Debtor)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NONE | Non-Residential Real Estate Leases |
| See attached Schedule G2 | Executory Contracts / Leases |

**NOTE:**
While reasonable efforts have been made to ensure the accuracy
of Schedule G regarding executory contracts and unexpired leases, inadvertent
errors, omissions or over-inclusion may have occurred. Listing a contract,
agreement or lease on Schedule G does not constitute an admission that such
contract, agreement or lease is an executory contract or unexpired lease or that
such contract or agreement was in effect on the Petition Date or is valid or
enforceable. Any and all of the Debtors' rights, claims and causes of action
with respect to the contracts, agreements and leases listed on Schedule G are
hereby reserved and preserved. Additionally, the Debtors may have entered into
various other types of agreements in the ordinary course of their business, such
as indemnity agreements, supplemental agreements, amendments/letter
agreements, and confidentiality agreements.

Such documents may not be set forth in Schedule G.
The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any
transaction, or any document or instrument related to a creditor's claim. Certain of the contracts,
agreements, and leases listed on Schedule G may have been entered into by
more than one of the Debtors. Contracts are listed with respect to the Debtor entities that are parties to the
contracts per review of the contracts where possible. There may be instances
where other Debtor entities that are not parties to the contracts have been the
primary entities conducting business in connection with these contracts.
Moreover, in some cases it may have been impractical or impossible to
determine which Debtor assumed the obligations of a contract entered into by a
former legal entity. In such cases, the relevant contract information is listed in
the Schedules for Tronox, Incorporated. Omission of a contract, agreement or lease from Schedule G does
not constitute an admission that such omitted contract or agreement is not an executory
contract or unexpired lease. Schedule G may be amended at any time to add any
omitted contract, agreement or lease.

Loehmann's Holdings Inc.
Case #10-16077-reg

Schedule G2 - Other Executory Contracts / Leases

| NAME | ADDRESS | DESCRIPTION OF CONTRACT | DATE |
|---|---|---|---|
| Anthony D'Annibale | c/o Loehmann's, 2500 Halsey Street, Bronx, NY 10461 | Employment Agreement - SVP of Merchandising | 01/01/07 |
| Bank Of America | 2000 Clayton Road, Building D Concord, CA 94520-2425 | Blocked Account Agreement - Treasury Management Services | 12/18/09 |
| Conway, Del Genio, Gries & Co., LLC Gibson, Dunn & Crutcher LLP Whippoorwill Associates, Inc. | Conway, Del Genio, Gries & Co., LLC, Gibson, Dunn & Crutcher LLP, Whippoorwill Associates, Inc. | Engagement Letter | 09/29/10 |
| Gibson Dunn | 200 Park Avenue, New York New York, 10166-0193 | Legal counsel agreement | 09/26/10 |
| Henry Doneger Associates INC | 463 Seventh Avenue, New York, NY 10018 | Henry Doneger. Merchandising and Trend Services | 06/01/08 |
| Iron Mountain | 34 Harbor Park Dr,. Port Washington NY 11050 | Document Shredding | 08/01/06 |
| Istithmar Retail Investments Designer Apparel Holding Company Minority Securityholders of Loehmann's Holdings Inc. Securityholders of Designer Apparel Holding Company DAH Holdings Ltd as Seller Representative | Istithmar Retail Investments, Designer Apparel Holding Company, Minority Securityholders of Loehmann's Holdings Inc., Securityholders of Designer Apparel Holding Company, DAH Holdings Ltd as Seller Representative | Stock Purchase Agreement | 05/15/06 |
| Istithmar Retail Investments Designer Apparel Holding Company Minority Securityholders of Loehmann's Holdings Inc. Securityholders of Designer Apparel Holding Company DAH Holdings Ltd as Seller Representative | Istithmar Retail Investments, Designer Apparel Holding Company, Minority Securityholders of Loehmann's Holdings Inc., Securityholders of Designer Apparel Holding Company, DAH Holdings Ltd as Seller Representative | Amendment to Stock Purchase Agreement | 07/17/06 |
| Istithmar Retail Investments Whippoorwill Associates, Inc. | Istithmar Retail Investments, Whippoorwill Associates, Inc. | Restructuring Support Agreement | |
| Istithmar Retail Investments Whippoorwill Associates, Inc. | Istithmar Retail Investments, Whippoorwill Associates, Inc. | Investment Commitment Letter | |
| Istithmar World PJSC Istithmar Retail Investments Designer Apparel Holding Company | The Galleries, Limitless Building No. 4, Level 6 PO Box 17000, Jebel Ali, Dubai, United Arab Emirates | Common Interest and Confidentiality Agreement | 06/14/10 |
| Jerald Politzer | c/o Loehmann's, 2500 Halsey Street, Bronx, NY 10461 | Employment Agreement - CEO | 04/21/08 |
| Joseph M. Melvin | c/o Loehmann's, 2500 Halsey Street, Bronx, NY 10461 | Employment Agreement - COO | 06/03/10 |
| Kurtzman Carson Consultants, LLC | Kurtzman Carson Consultants, LLC | Services Agreement-Claims Agent | 10/29/10 |
| National Retail Services, Inc. | 23025 North 15th Avenue, Buiolding B Suite 106, Phoenix, AZ 85027 | Maintenance Agreement | 03/24/05 |
| National Retail Services, Inc. | 23025 North 15th Avenue, Buiolding B Suite 106, Phoenix, AZ 85027 | Maintenance Agreement | 03/24/05 |
| National Retail Services, Inc. | 23025 North 15th Avenue, Buiolding B Suite 106, Phoenix, AZ 85027 | Maintenance Agreement | 03/24/05 |
| National Retail Services, Inc. | 23025 North 15th Avenue, Buiolding B Suite 106, Phoenix, AZ 85027 | Maintenance Agreement | 03/24/05 |
| National Retail Services, Inc. | 23025 North 15th Avenue, Buiolding B Suite 106, Phoenix, AZ 85027 | Maintenance Agreement | 03/24/05 |
| National Retail Services, Inc. | 23025 North 15th Avenue, Buiolding B Suite 106, Phoenix, AZ 85027 | Maintenance Agreement | 03/24/05 |
| Nationwide Consulting Company, Inc. | 66 Glen Avenue Glen Rock, New Jersey 07452 | Personal Property Tax Representation | 01/01/10 |
| On-Target Maintenance | 120 Route 9W Haverstraw, NY 10927 | Cleaning Service | 07/01/08 |
| On-Target Maintenance | 120 Route 9W Haverstraw, NY 10927 | Cleaning Service | 02/18/08 |
| On-Target Maintenance | 120 Route 9W Haverstraw, NY 10927 | Cleaning Service | 09/19/07 |
| On-Target Maintenance | 120 Route 9W Haverstraw, NY 10927 | Cleaning Service | 08/18/07 |
| Pacific Air | 970 Reserve Drive Ste.180, Roseville, CA 95678 | Maintenance Agreement | 12/01/09 |
| Pacific Air | 970 Reserve Drive Ste.180, Roseville, CA 95678 | Maintenance Agreement | 12/01/09 |
| Philip kaplan | 2500 Halsey Street, Bronx, NY 10461 | Employment Agreement | 09/19/88 |
| Responsive Services | PO Box 29, Covington, LA 70434 | Maintenance Agreement | 03/24/05 |
| Richard Morretta | c/o Loehmann's, 2500 Halsey Street, Bronx, NY 10461 | Employment Agreement - VP & Controller | 01/01/07 |
| Robert Friedman | 975 PARK AVENUE, APT 3A, NEW YORK, NY 10028 | Consulting & Board Services Agreement - Vice Chairman of the Board and Consultant | 05/04/08 |
| Robert Friedman | 975 PARK AVENUE, APT 3A, NEW YORK, NY 10028 | Employment Agreement | 05/15/06 |
| Robert Glass | 2500 Halsey Street, Bronx, NY 10461 | Employment Agreement | 05/15/06 |
| Ropes and Gray, LLP | BANK OF AMERICA, 100 FEDERAL STREET, BOSTON, MA 02110-2624 | Retainer Agreement | 11/03/10 |
| Southwest National, Inc. | 14040 North Cave Creek Road, Suite 308, Phoenix, AZ 85022 | HVAC Maintenance Agreement | 03/24/05 |
| Staples Contract & Commercial Inc | 500 Staples Drive, Framingham MA, 01702 | Office Supplier | 11/14/08 |
| Thompson Reuters - Tax Stream | 3 Times Square · New York, NY 10036 · Tel: 1 | Tax Provision Software & Support | 08/27/07 |
| Togut, Segal & Segal LLP | Togut, Segal & Segal LLP | Retention Letter Agreement | 06/03/10 |

Loehmann's Holdings Inc.
Case #10-16077-reg

Schedule G2 - Other Executory Contracts / Leases

| NAME | ADDRESS | DESCRIPTION OF CONTRACT | DATE |
|---|---|---|---|
| Togut, Segal & Segal LLP | One Penn Plaza New York, NY 10119 | Outside Counsel | 11/03/09 |
| Togut, Segal & Segal LLP | One Penn Plaza, New York, NY 10119 | Retainer Agreement | 11/12/10 |
| Togut, Segal & Segal LLP | One Penn Plaza, New York, NY 10120 | Retainer Agreement | 10/21/10 |
| Whippoorwill Associates, Inc. | 11 Martine Ave, White Plains, NY 10606 | Confidentiality Agreement | 09/02/10 |
| Yukon | 300 S. Walnut Avenue, Suite 405, San Dimas, CA 91773 | Maintenance Agreement | 03/02/07 |

Form B6-H
(10/05)

Loehmann's Holdings Inc.                                    Case No.          10-16077-reg
         (Debtor)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and cosignors. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commence of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.Bankr.P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| * See Note Below | |

**\* NOTE:**
In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Due to the volume of such claims, and because all such claims are contingent, disputed or unliquidated, and listed elsewhere in the Schedules and Statements, such claims have not been set forth individually on a Schedule H. As stated below, Schedule H also reflects guaranties by various Debtors and non-Debtor affiliates of obligations primarily vested in other related affiliates. The Debtors may not have identified certain guaranties that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Further, the Debtors believe that certain of the guaranties reflected on Schedule H may have expired or are no longer enforceable. Thus, the Debtors reserve their rights to amend the Schedules to the extent that additional guaranties are identified or such guaranties are discovered to have expired or are unenforceable.

Official Form 6 - Declaration (10/06)

Loehmann's Holdings Inc.  
(Debtor)

Case No. 10-16077-reg

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

Date: _____  Signature: _____

[If joint case, both spouses must sign]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No.  
*(Required by 11 U.S.C § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the COO and CFO of *Loehmann's Holdings Inc.*, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

Date: __12/16/2010__  Signature: __/s/ Joseph Melvin__  
**Joseph Melvin, COO & CFO**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*