TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian Moore
Lara Sheikh

Counsel to the Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LOEHMANN'S HOLDINGS, INC., *et al.*, : Case No. 10-16077 (REG)
: 
Debtors. : (Jointly Administered)
: 
: 
---------------------------------------------------------------x

**PROPOSED AGENDA FOR HEARING**
**SCHEDULED FOR JANUARY 5, 2011 AT 2:00 P.M.**

<u>Location of Hearing</u>: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Room 621, One Bowling Green, New York, NY 10004

## CONTESTED MATTERS:

1. Debtors' Motion For Entry of an Order: (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Confirmation of the Plan; (C) Approving Certain Voting Procedures and the Form of Certain Documents to be Distributed in Connection With Solicitation of the Plan; (D) Approving Proposed Voting and General Tabulation Procedures; and (E) Approving the Rights Offering Procedures and Subscription Form (the "Motion") [Docket No. 189]

   <u>Related Documents</u>:
   (a) Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 246].
   (b) Proposed Second Amended Chapter 11 Plan [Docket No. 248]
   (c) Redlined Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 247]
   (d) Redlined Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 249]

(e) Redlined Disclosure Statement for Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code {Docket No. 207]
(f) Redlined Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 208]
(g) Affidavit of Service of Notice of Hearing to Consider Approval of the Disclosure Statement [Docket No. 118]
(h) Affidavit of Service of Debtors' Motion [Docket No. 190] and [Docket 212]
(i) Amended Proposed Order Approving the Motion [Docket No. 251]
(j) Redlined Amended Proposed Order Approving the Motion [Docket No. 252]

Response Deadline: December 23, 2010 at 4:00 p.m.

Responses Filed:
(k) United States Trustee's Response to Motion Regarding Disclosure Statement With Respect to the Joint Plan of Reorganization [Docket No. 216]
(l) Limited Objection of the Official Committee of Unsecured Creditors to the Debtors Motion for Entry of an Order (A) Approving the Disclosure Statement; (B) Approving Certain Dates Related to Confirmation of the Plan; (C) Approving Certain Voting Procedures and the Form of Certain Documents to be Distributed in Connection with Solicitation of the Plan; (D) Approving Proposed Voting and General Tabulation Procedures; and (E) Approving the Rights Offering Procedures and Subscription Form [Docket No. 237]
(m) Debtors' Omnibus Reply to Objections to Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket No. 245]

Status: This matter is going forward.

Dated: New York, New York
January 3, 2011

    TOGUT, SEGAL & SEGAL LLP,
    Counsel for Debtors
     and Debtors in Possession,
    By:

    /s/ Frank A. Oswald
    FRANK A. OSWALD
    A Member of the Firm
    One Penn Plaza, Suite 3335
    New York, New York 10119
    (212) 594-5000