# Proskauer»

Proskauer Rose LLP   1585 Broadway   New York, NY 10036-8299

January 3, 2011

**By eFile**

Mr. Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Richard J. Corbi
Attorney at Law
d 212.969.3932
f 212.969.2900
rcorbi@proskauer.com
www.proskauer.com

Re:   *In re Loehmann's Holdings, Inc., Case No. 10-16077 (REG)*

Dear Mr. Genna:

Please take notice that, effective January 18, 2011, the law firm of Proskauer Rose LLP, counsel for Crystal Financial LLC, the pre-petition and post-petition lender in the above-referenced action, will be moving from 1585 Broadway, New York, New York 10036-8299 to Eleven Times Square, New York, New York, 10036-8299.

The new contact information for Proskauer Rose LLP will be:

> PROSKAUER ROSE LLP
> Eleven Times Square
> New York, New York 10036-8299

Please update the docket for this matter with Proskauer's new address. Our telephone numbers, fax numbers and email addresses will remain the same. If you require additional information, please do not hesitate to contact me.

We thank you in advance for your assistance.

Very truly yours,

Richard J. Corbi

cc: Jeffrey W. Levitan

1076/21798-009 Current/21650958v1

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, D.C.