TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore
Lara R. Sheikh

Counsel to the
  Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
In re:                                                  :    Chapter 11
                                                        :
LOEHMANN'S HOLDINGS, INC., *et al.*,                    :    Case No. 10-16077 [REG]
                                                        :
                        Debtors.                        :    (Jointly Administered)
                                                        :
                                                        :
------------------------------------------------------------X

### NOTICE OF FILING OF THE
### ASSUMED EXECUTORY CONTRACT AND
### UNEXPIRED LEASE SCHEDULE OF THE PLAN SUPPLEMENT

The debtors and debtors in possession in the above-captioned cases (collectively, "Loehmann's" or the "Debtors"),[1] hereby file their Notice of Filing ("Notice of Filing") of the Assumed Executory Contract And Unexpired Lease Schedule[2] of the Plan Supplement[3] pursuant to sections 365 and 1123 of title 11 of the

---

[1] The Debtors are the following entities: Loehmann's Holdings, Inc., Loehmann's, Inc., Loehmann's Real Estate Holdings, Inc., Loehmann's Operating Co., and Loehmann's Capital Corp.

[2] Unless otherwise noted, capitalized terms not defined herein shall have the meanings ascribed to such terms in the Plan.

[3] Under the Plan, the "Plan Supplement" means the compilation of documents and forms of documents, schedules and exhibits to be Filed on the Plan Supplement Filing Date, as amended, modified or supplemented from time to time in accordance with the terms hereof and in accordance with the Bankruptcy Code and the Bankruptcy Rules, comprising, without limitation, the following documents:  (a) a commitment letter from one or more lenders to provide the Exit Facility;  (b) the list of the Employee-Related Programs;  (c) the Rejected Executory Contract and Unexpired Lease Schedule;  (d) the Assumed Executory Contract and Unexpired Lease Schedule;  (e) a schedule of Compensation and Benefits Programs to be rejected, if any;  (f) the Amended and Restated Certificate of Incorporation;  (g) the Amended and Restated Bylaws;  (h) a schedule of the Debtor Causes of Action to be retained by the Reorganized Debtors;  (i) the identity of the Reorganized Debtors' officers;  (j) the identity of the members of the New Board;  (k) a certificate of designation for the New Convertible Preferred Stock;  and (l) the New Shareholders' Agreement; provided, that, all of the schedules, lists, agreements and documents included in the Plan Supplement shall be in form and substance satisfactory to each of the Backstop Parties in its sole discretion.

United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") under the Debtors' Second Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, dated January 7, 2011 (as amended from time to time and including all exhibits and supplements thereto, the "Plan") .

1. On November 15, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors continue to manage and operate their businesses as debtors in possession under Code sections 1107 and 1108.

2. On January 7, 2011, the Bankruptcy Court entered an order [Docket No. 268] approving, *inter alia*, the disclosure statement for the Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 281] (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement"), as containing adequate information, as required under section 1125(a) of the Bankruptcy Code, and authorized the Debtors to solicit votes with regard to the acceptance or rejection of the Plan. A hearing to confirm the Plan will commence on February 7, 2011 at 9:45 a.m. prevailing Eastern Time.

3. Pursuant to Article V.A. of the Plan, each of the Debtors' Executory Contracts and Unexpired Leases shall be deemed assumed as of the Effective Date unless such Executory Contract or Unexpired Lease: (1) was assumed or rejected previously by the Debtors; (2) is identified on the Rejected Executory Contract and Unexpired Lease Schedule, which such list shall be included in the Plan Supplement; (3) is the subject of a separate motion or notice to reject filed by the Debtors on or before the filing of the Rejected Executory Contracts and Unexpired Lease Schedule or (4) previously expired or terminated pursuant to its own terms.

4. Accordingly, as part of the Plan Supplement, the Debtors are filing the Assumed Executory Contract and Unexpired Lease Schedule, annexed hereto, which identifies the Executory Contracts and Unexpired Leases[4] to be assumed by the Debtors pursuant to the Plan and includes any amounts of Cure[5] to be paid in

---

[4] The Debtors will provide each non-debtor counterparty to an Executory Contract and Unexpired Lease that is included in the Assumed Executory Contract and Unexpired Lease Schedule of the Plan Supplement with a customized exhibit annexed to the Notice of Filing, which specifically identifies the Executory Contract or Unexpired Lease, and the proposed Cure. Counterparties will also be able to review the Assumed Executory Contract And Unexpired Lease Schedule of the Plan Supplement in its entirety free of charge by accessing visiting the Debtors' restructuring website at: http://www.kccllc.net/loehmanns; and/or writing to Loehmann's Holdings, Inc., c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245.

[5] Under the Plan, "Cure" means the payment of Cash by the applicable Debtors, or the distribution of other property (as the applicable Debtors and the counterparty to the Executory Contract or Unexpired Lease may agree or the Bankruptcy Court may order), as necessary to (a) cure a monetary default by the Debtors in accordance with the terms of an Executory Contract or Unexpired Lease of the Debtors and (b) permit the Debtors to assume such Executory Contract or Unexpired Lease under sections 365 and 1123 of the Bankruptcy Code.

connection therewith.  Any provisions or terms of the Debtors' Executory Contracts or Unexpired Leases to be assumed pursuant to the Plan that are, or may be, alleged to be in default, shall be satisfied solely by Cure or by an agreed-upon waiver of Cure.

5. Entry of the Confirmation Order by the Bankruptcy Court shall constitute an order approving the assumptions of such Executory Contracts and Unexpired Leases set forth in the Assumed Executory Contract and Unexpired Lease Schedule.  Unless otherwise indicated, all assumptions of such Executory Contracts and Unexpired Leases are effective as of the Effective Date of the Plan.

6. Any objection by a counterparty to an Executory Contract or Unexpired Lease to the proposed assumption or the related Cure amount must be filed, served and actually received by the Debtors not later than seven (7) calendar days after the date hereof.

7. **Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or the Cure amount will be deemed to have assented to, and will forever be barred from contesting, such assumption or such Cure amount.  The Reorganized Debtors also may settle any Cure without further notice to or action, order, or approval of the Bankruptcy Court.**

8. If any counterparty to an Executory Contract of Unexpired Lease objects to any proposed Cure or any other matter related to assumption, the Bankruptcy Court shall determine the allowed amount of such Cure and any related issues.  If there is a dispute regarding such Cure, the ability of the applicable Debtor or any assignee to provide "adequate assurance of future performance" within the meaning of section 365 of the Bankruptcy Code, or any other matter pertaining to assumption, then Cure shall occur as soon as reasonably practicable after entry of a Final Order resolving such dispute, approving such assumption (and, if applicable, assignment), or as may be agreed upon by the applicable Debtor or Reorganized Debtor, and the counterparty to the Executory Contract or Unexpired Lease.

9. **Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption of any Executory Contract or Unexpired Lease will be deemed to have consented to such assumption.**

10. The Debtors or Reorganized Debtors, as applicable, reserve the right, either to reject or nullify the assumption of any Executory Contract or Unexpired Lease no later than thirty days after a Final Order determining the Cure or any request for adequate assurance of future performance required to assume such Executory Contract or Unexpired Lease.

11. Assumption of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall result in the full release and satisfaction of any Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time prior to the effective date of assumption.

12. The listing of any contract or lease herein is not an admission that such contract is an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and all rights with respect thereto are expressly reserved. The Debtors also reserve the right to amend, modify or supplement the Assumed Executory Contract and Unexpired Lease Schedule with the consent of each Backstop Party and the amount of any proposed Cure as permitted by the Plan.

13. Each Executory Contract and Unexpired Lease to be assumed or pursuant to the Plan includes all modifications, amendments, addenda, exhibits and supplements that affect such Executory Contract or Unexpired Lease. A proposed Cure amount may be listed on the exhibits on an agreement-by-agreement basis or in the aggregate for multiple agreements.

**14. If you agree with the proposed Cure indicated and otherwise do not object to the Debtors' proposed assumption and assignment, where applicable, of a Executory Contract or Unexpired Lease, you are not required take any further action.**

15. Objections, if any, to the assumption and assignment of a Contract or Lease to be included on the Assumed Executory Contract and Unexpired Lease List or the proposed Cure (in each instance, the "Objection") must be in writing and filed with the Bankruptcy Court. An Objection must specify the parties to the particular contract or lease, the defaults and any actual losses resulting from the defaults, and the legal basis for such objection, if any.

16. An Objection will be deemed timely filed only if the Objection is actually received on or before January 25, 2011 at 4:00 pm (the "Objection Deadline") by the Bankruptcy Court at the following address:

> Honorable Robert E. Gerber
> United States Bankruptcy Court
> for the Southern District of New York
> United States Custom House
> One Bowling Green
> Chambers Room 621
> New York, New York 10004

In addition, an Objection will be deemed timely served only if a copy of the Objection is actually received on or before the Objection Deadline by the Debtors' attorneys:

> TOGUT, SEGAL & SEGAL LLP
> Counsel for the Debtors and
> Debtors in Possession
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Attn:  Frank A. Oswald, Esq.
>        Brian F. Moore, Esq.

**FAILURE TO FILE A TIMELY OBJECTION IN ACCORDANCE WITH THE FOREGOING SHALL BE DEEMED CONSENT TO THE ASSUMPTION AND ASSIGNMENT OF THE CONTRACTS AND LEASES BY THE DEBTORS, AND TO THE CURE AMOUNT SPECIFIED IN THE ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE SCHEDULE, AND SUCH PARTY SHALL BE FOREVER BARRED FROM OBJECTING TO THE CURE AMOUNTS OR SUCH ASSUMPTION AND ASSIGNMENT AND FROM ASSERTING ANY ADDITIONAL CURE OR OTHER AMOUNTS AGAINST THE DEBTORS.**

17. This Notice of Filing is being provided in accordance with the Order establishing certain notice, case management and administrative procedures entered in these Chapter 11 cases, dated November 17, 2010 [Docket No. 57], and is being served upon each of the parties to the Executory Contracts and Unexpired Lease set forth on the exhibits hereto. The Debtors submit that no other or further notice is necessary.

Dated: New York, New York
January 18, 2011

                                        TOGUT, SEGAL & SEGAL LLP
                                        Counsel for the
                                        Debtors and Debtors in Possession
                                        By:

                                        /s/ Frank A. Oswald
                                        FRANK A. OSWALD
                                        BRIAN F. MOORE
                                        One Penn Plaza, Suite 3335
                                        New York, New York 10119
                                        (212) 594-5000

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 1 | Loehmann's Inc. | Burson-Marsteller, LLC | 09/08/10 | Mutual Nondisclosure Agreement | $0.00 |
| 2 | Loehmann's Inc. | Burson-Marsteller, LLC | 09/09/10 | Public Relations Agreement | $37,709.67 |
| 3 | Loehmann's Operating Co. | Cardlytics., Inc. | 12/08/10 | Confidentiality Agreement | $0.00 |
| 4 | Loehmann's Operating Co. | Citicorp Credit Services | 08/11/10 | Promotional Offer Agreement | $0.00 |
| 5 | Loehmann's Operating Co. | Citicorp Credit Services, Inc. | 07/16/10 | Confidentiality Agreement | $0.00 |
| 6 | Loehmann's Operating Co. | E dialog, Inc. | 08/31/09 | E- dialog Master Services Agreement | $37,109.42 |
| 7 | Loehmann's Operating Co. | eFashion Solutions, Inc. | 04/20/07 | Non-Disclosure Agreement | $0.00 |
| 8 | Loehmann's Operating Co. | FTD.COM, Inc. | 10/06/09 | Loehmann's Insider Club | $0.00 |
| 9 | Loehmann's Operating Co. | L.A. Fitness International, LLC | 11/02/10 | Marketing | $0.00 |
| 10 | Loehmann's Operating Co. | NMA Entertainment & Marketing / Bottlerocket | 06/01/09 | Confidentiality Agreement | $0.00 |
| 11 | Loehmann's Inc. | NMA Entertainment & Marketing / Bottlerocket | 01/01/10 | Marketing | $0.00 |
| 12 | Loehmann's Operating Co. | Path Interactive, Inc | 12/16/09 | Confidentiality Agreement | $2,706.72 |
| 13 | Loehmann's Operating Co. | Rapleaf | 06/01/10 | Confidentiality Agreement | $0.00 |
| 14 | Loehmann's Operating Co. | Restaurant.com | 10/12/09 | Marketing | $0.00 |
| 15 | Loehmann's Operating Co. | SHC Direct | 11/01/08 | Confidentiality Agreement | $0.00 |
| 16 | Loehmann's Operating Co. | SmartReply, Inc. | 01/12/09 | Customer calling/web/text messaging/customized | $7,857.76 |
| 17 | Loehmann's Operating Co. | TARGUSinfo | 12/29/05 | Targus Info Services Agreement- 2005 | $12,017.79 |
| 18 | Loehmann's Operating Co. | Tribune Media Net | 11/06/08 | Confidentiality Agreement | $0.00 |
| 19 | Loehmann's Operating Co. | American Express Travel Related Services | 12/3/09 | Confidentially Agreement | $0.00 |
| 20 | Loehmann's Operating Co. | Clear Thinking Group LLC | 10/29/10 | Financial Advisory Services - supplemental agreement | $0.00 |
| 21 | Loehmann's Holdings Inc. | Conway, Del Genio, Gries & Co., LLC<br>Gibson, Dunn & Crutcher LLP<br>Whippoorwill Associates, Inc. | 9/29/10 | Engagement Letter | $0.00 |
| 22 | All Loehmann's entities | Conway, Delgenio, Gries & CO LLC | 11/5/10 | Attorney Engagement letter/confidentially agreement | $0.00 |
| 23 | Loehmann's Operating Co. | Gordon Brothers Group, LLC | 8/9/10 | Confidentiality Agreement | $0.00 |
| 24 | Loehmann's Operating Co. | Great American Group | 6/30/10 | Confidentiality Agreement | $0.00 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 25 | Loehmann's Holdings Inc. | Istithmar Retail Investments<br>Designer Apparel Holding Company<br>Minority Securityholders of Loehmann's Holdings Inc.<br>Securityholders of Designer Apparel Holding Company<br>DAH Holdings Ltd as Seller Representative | 05/15/06 | Stock Purchase Agreement | $0.00 |
| 26 | Loehmann's Holdings Inc. | Istithmar Retail Investments<br>Designer Apparel Holding Company<br>Minority Securityholders of Loehmann's Holdings Inc.<br>Securityholders of Designer Apparel Holding Company<br>DAH Holdings Ltd as Seller Representative | 07/17/06 | Amendment to Stock Purchase Agreement | $0.00 |
| 27 | Loehmann's Holdings Inc. | Istithmar World PJSC<br>Istithmar Retail Investments<br>Designer Apparel Holding Company | 6/14/10 | Common Interest and Confidentiality Agreement | $0.00 |
| 28 | Loehmann's Holdings Inc. et al | Kurtzman Carson Consultants, LLC | 10/29/10 | Services Agreement-Claims Agent | $0.00 |
| 29 | Loehmann's Operating Co. | Mr Arnold Simon | 9/9/09 | Confidentiality Agreement | $0.00 |
| 30 | Loehmann's Inc. | Perella Weinberg Partners | 11/1/10 | Engagement Letter | $0.00 |
| 31 | Loehmann's Inc. | Perella Weinberg Partners | 11/1/10 | Engagement Letter | $0.00 |
| 32 | Loehmann's Inc. | Perella Weinberg Partners LP | 6/2/10 | Confidentiality Agreement | $0.00 |
| 33 | Loehmann's Inc. | Retail Ventures, Inc | 8/13/08 | Confidentiality Agreement | $0.00 |
| 34 | Loehmann's Holdings Inc. | Ropes and Gray, LLP | 11/3/10 | Retainer Agreement | $0.00 |
| 35 | Loehmann's Operating Co. | SAS Institute Inc | 9/9/08 | Confidentiality Agreement | $0.00 |
| 36 | Loehmann's Operating Co. | Schlesinger Associates & The Research House | 8/19/08 | Confidentiality Agreement | $0.00 |
| 37 | Loehmann's Operating Co. | The TJX Companies, Inc. | 7/22/10 | Confidentiality Agreement | $0.00 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 38 | Loehmann's Holdings Inc. et al | Togut, Segal & Segal LLP | 6/3/10 | Retention Letter Agreement | $0.00 |
| 39 | Loehmann's Holdings Inc. | Togut, Segal & Segal LLP | 11/3/09 | Outside Counsel | $0.00 |
| 40 | Loehmann's Holdings Inc. | Togut, Segal & Segal LLP | 11/12/10 | Retainer Agreement | $0.00 |
| 41 | Loehmann's Holdings Inc. | Togut, Segal & Segal LLP | 10/21/10 | Retainer Agreement | $0.00 |
| 42 | Loehmann's Operating Co. | Troutman Sanders LLP | 11/8/10 | Legal Representation Agreement | $0.00 |
| 43 | Loehmann's Operating Co. | Urbanbloke LLC | 10/15/10 | Confidentiality Agreement | $0.00 |
| 44 | Loehmann's Holdings Inc. | Whippoorwill Associates, Inc. | 9/2/10 | Confidentiality Agreement | $0.00 |
| 45 | Loehmann's Operating Co. | ADT Security Systems, Inc. | 8/2/10 | DC Annex Alarm Contract | $4,116.74 |
| 46 | Loehmann's Operating Co. | ADT Security Systems, Inc. | 8/17/10 | DC Main Alarm Contract | $30,600.55 |
| 47 | Loehmann's Inc. | AFA Protective systems | 11/20/07 | DC Fire Monitoring | $1,935.08 |
| 48 | Loehmann's Inc. | CIT Technology Financing Services, Inc | 4/17/07 | CIT Lease Agreement - DC Xerox Copiers (2) CC123 & CC275 w/office finisher | $1,368.35 |
| 49 | Loehmann's Inc. | CIT Technology Financing Services, Inc | 5/30/07 | CIT Lease Agreement - DC Xerox Copier (1) CC123 | $2,185.20 |
| 50 | Loehmann's Inc. | Crown Credit / Wells Fargo | Prior to the Petition Date | Lease Summary detail for 13 pieces of power equipment for the DC. | $739.13 |
| 51 | Loehmann's Inc. | Crown Credit Company | 2/6/08 | Lease Schedule (2) Lift Trucks - 3 Wheel Sit Down - Crown SC4520-35TT-208, SN: 9A156459 & 9A156460 (2) Deka Batteries 18-D85-17, SN: 4921LQ & 4922LQ | $0.00 |
| 52 | Loehmann's Inc. | Crown Credit Company | 1/16/07 | Lease Schedule Lift Truck - 3 Wheel Sit Down - Crown SC4520-35TT-208, SN: 9A147796 Deka Battery 18-D85-17, SN: 5097JP Ametek Charger 750M1-18, SN: 406CS46109 | $0.00 |
| 53 | Loehmann's Inc. | Crown Credit Company | 1/6/08 | Lease Schedule Lift Truck - 3 Wheel Sit Down - Crown SC4520-35TT-208, SN: 9A155258 Deka Battery 18-D85-17, SN: 4164GQ Ametek Charger 750M1-18, SN: 307CS56985 | $0.00 |
| 54 | Loehmann's Inc. | Crown Credit Company | 1/6/09 | Lease Schedule w/ Purchase Option Rider Taylor-Dunn - RO-380-36 Serial #178995 | $2,364.52 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 55 | Loehmann's Inc. | Crown Credit Company | 11/6/08 | Lease Schedule<br>Walkie Rider - Crown PE-4500-60, 27x48<br>SN: 6A263139<br>Deka Battery 12-D85-12, SN: 2811HR<br>Hobart Charger 510M1-12, SN: 303CS10015 | $0.00 |
| 56 | Loehmann's Inc. | Crown Credit Company | 11/6/08 | Lease Schedule<br>Walkie Rider - Crown PE-4500-60 27x48<br>SN: 6A246521<br>Deka Battery 12-D85-13, SN: 3238HR<br>Hobart Charger 510M1-12, SN: 303CS09346 | $0.00 |
| 57 | Loehmann's Operating Co. | PLG/DSJ Acquisition, Inc. | 7/27/09 | Warehouse Storage Agreement | $0.00 |
| 58 | Loehmann's Operating Co. | Retailers & Manufacturers Distribution Service, Inc. | 11/16/98 | Operating warehousing and distribution centers | $260,828.71 |
| 59 | Loehmann's Inc. | Wells Fargo Financial Leasing | 3/30/10 | Single Sided Lease Agreement<br>Crown Forklift - RR5225, SN: 1A339923<br>Deka Battery 18-125-13, SN: 4726LS<br>Saft Charger SMC 18-1-750, SN: 181075009101301 | $0.00 |
| 60 | Loehmann's Inc. | Wells Fargo Financial Leasing | 7/9/10 | Single Sided Lease Agreement<br>(2) Crown Forklifts - PE4500 w/ Batteries<br>SN: 6A276901 & 6A276902 | $0.00 |
| 61 | Loehmann's Inc. | Xerox Corporation | 4/17/07 | Maintenance Agreement - DC Xerox Copiers CC123 & CC275 | $0.00 |
| 62 | Loehmann's Inc. | Xerox Corporation | 5/30/07 | Maintenance Agreement - DC Xerox Copier CC123 | $0.00 |
| 63 | Loehmann's Operating Co. | ADP, Inc. | 1/4/02 | Outsourcing for HR, Benefits, and Payroll - signed 12/18/01 | $48,643.96 |
| 64 | Loehmann's Operating Co. | ADP, Inc. | 3/19/10 | Payroll | $0.00 |
| 65 | Loehmann's Operating Co. | American Express Travel Related Services Company, Inc. | 10/15/04 | AMEX card acceptance agreement - 10/15/04 Amendment - Feb 2005 | $0.00 |
| 66 | Loehmann's Holdings Inc. | Bank Of America | 12/18/09 | Blocked Account Agreement - Treasury Management Services | $0.00 |
| 67 | Loehmann's Operating Co. | Crown Retail Services LLC | 8/17/10 | Confidentiality Agreement | $0.00 |
| 68 | Loehmann's Operating Co. | Crystal Financial LLC | 9/15/10 | Credit agreement - 9/15/10 | $0.00 |
| 69 | Loehmann's Inc. | Crystal Financial LLC | 7/12/10 | Confidentiality Agreement - 7/12/10 | $0.00 |
| 70 | Loehmann's Operating Co. | Discover Card Services, Inc | 3/6/88 | Credit card services | $0.00 |

## ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
## EXHIBIT 1
## CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 71 | Loehmann's Inc. | Equifax - check services | 5/8/98 | Machine | $0.00 |
| 72 | Loehmann's Capital Corp. | GSS Contract Services | 10/13/04 | Administrative Services | $0.00 |
| 73 | Loehmann's Holdings Inc. | Iron Mountain | 8/1/06 | Document Shredding | $1,391.98 |
| 74 | Loehmann's Operating Co. | PNC C/O First Data Merchant Services Corp | 3/26/98 | Credit Card Agreement (Amendment to Merchant processing Agreeement) | $0.00 |
| 75 | Loehmann's Operating Co. | RGIS, LLC | 9/1/10 | RGIS Inventory Contract | $0.00 |
| 76 | Loehmann's Operating Co. | Stored Value Systems In | 3/15/04 | Services Agreement dated 3/20/01 Amendment dated 3/15/04 Card production and processing | $0.00 |
| 77 | Loehmann's Inc. / Operating Co. | Synapse | 10/15/08 | Synapse Magazine Subscription Service Agreement signed on 9/23/2008 | $0.00 |
| 78 | Loehmann's Holdings Inc. | Thompson Reuters - Tax Stream | 8/27/07 | Tax Provision Software & Support | $0.00 |
| 79 | Loehmann's Operating Co. | Intalytics, Inc | 7/18/08 | Confidentiality Agreement | $0.00 |
| 80 | Loehmann's Inc. | Marsh USA Inc. | 1/1/10 | Non-Disclosure Agreement - 1/10 | $0.00 |
| 81 | Loehmann's Operating Co. | Parallax Education, LLC | 2/10/06 | Shades of Harassment Awareness Training - signed 2/10/06 | $1,250.00 |
| 82 | Loehmann's Inc. | San Fran HRA | 4/8/09 | SF HRA Services Agreement Amendment No. 2 | $0.00 |
| 83 | Loehmann's Inc. | Acura Financial Services | 2/19/08 | Car Lease - 2008 ACURA TL VIN #19UUA66208A026048 | $0.00 |
| 84 | Loehmann's Inc. | Acura Financial Services | 9/3/10 | Car Lease - 2010 ACURA TL VIN #19UUA9F57AA008437 | $0.00 |
| 85 | Loehmann's Inc. | Acura Financial Services | 5/17/10 | Car Lease - 2010 ACURA RDX VIN #5J8TB1H58AA004419 | $0.00 |
| 86 | Loehmann's Inc. | Acura Financial Services | 6/4/10 | Car Lease - 2010 ACURA RDX VIN #5J8TB1H57AA005285 | $0.00 |
| 87 | Loehmann's Inc. | Acura Financial Services | 6/21/10 | Car Lease - 2010 ACURA RDX VIN #5J8TB1H54AA004191 | $0.00 |
| 88 | Loehmann's Inc. | Adriana M Gavranovich | 10/30/10 | Severance Agreement | $0.00 |
| 89 | Loehmann's Inc. | Alorilyn M Villaruz | 10/23/10 | Severance Agreement | $0.00 |
| 90 | Loehmann's Inc. | Amanda Vaughan | 11/5/10 | Severance Agreement | $0.00 |
| 91 | Loehmann's Inc. | American Hondo Finance Corp. | 10/6/09 | Car Lease - 2010 Honda Accord VIN #1HGCP3F89AA000759 | $0.00 |
| 92 | Loehmann's Inc. | Anaysha Vidal | 11/4/10 | Severance Agreement | $0.00 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 93 | Loehmann's Inc. | Angelina Shapira | 11/3/10 | Severance Agreement | $0.00 |
| 94 | Loehmann's Inc. | Bagni, Elise Cerrato | 8/1/10 | Retention Agreement dated 8/1/2010 | $0.00 |
| 95 | Loehmann's Inc. | BMW Financial Services | 4/3/10 | Car Lease - 2010 BMW 528 IA VIN #WBANU5C57AC128506 | $0.00 |
| 96 | Loehmann's Inc. | BMW Financial Services | 12/21/09 | Car Lease - 2010 BMW 535X1 VIN #WBANV9C57AC138294 | $0.00 |
| 97 | Loehmann's Inc. | Brittany T Blocker | 11/7/10 | Severance Agreement | $0.00 |
| 98 | Loehmann's Inc. | Brown, Debbie | 3/5/10 | Retention Agreement dated 3/5/2010 | $0.00 |
| 99 | Loehmann's Inc. | Camille Dagostino | 7/30/10 | Severance Agreement | $0.00 |
| 100 | Loehmann's Inc. | Carlos R Alvarez | 11/6/10 | Severance Agreement | $0.00 |
| 101 | Loehmann's Inc. | Chase Auto Finance | 9/2/10 | Car Lease - 2007 MAZDA CX-7 VIN #JM3TB3MVXA0227462 | $0.00 |
| 102 | Loehmann's Inc. | Cusimano, Frank | 2/1/10 | Retention Agreement dated 2/1/2010 | $0.00 |
| 103 | Loehmann's Inc. | Donna Clayton | 10/31/10 | Severance Agreement | $0.00 |
| 104 | Loehmann's Inc. | Donna M Ciccone | 11/6/10 | Severance Agreement | $0.00 |
| 105 | Loehmann's Inc. | Doreen Kinsey | 11/6/10 | Severance Agreement | $0.00 |
| 106 | Loehmann's Inc. | Elise Cerrato Bagni | 9/27/10 | Counter offer | $0.00 |
| 107 | Loehmann's Inc. | Emilia A Depalo | 11/6/10 | Severance Agreement signed 11/9/10 | $0.00 |
| 108 | Loehmann's Inc. | Galik, Jennifer | 8/1/10 | Retention Agreement dated 8/1/2010 | $0.00 |
| 109 | Loehmann's Inc. | Gerard K Kakooza | 11/5/10 | Severance Agreement signed 11/9/10 | $0.00 |
| 110 | Loehmann's Inc. | Gloria Zuccarelli | 11/10/10 | Severance Agreement signed 11/10/10 | $0.00 |
| 111 | Loehmann's Inc. | Greco, Gabrielle | 10/1/10 | Retention Agreement dated 10/1/2010 | $0.00 |
| 112 | Loehmann's Inc. | Heller, Lesley | 9/1/10 | Retention Agreement dated 9/1/2010 | $0.00 |
| 113 | Loehmann's Inc. | Inna Akopyan | 11/5/10 | Severance Agreement | $0.00 |
| 114 | Loehmann's Inc. | Janelle N Diaz | 11/5/10 | Severance Agreement | $0.00 |
| 115 | Loehmann's Inc. | Joanne T Ficco | 8/27/10 | Severance Agreement | $0.00 |
| 116 | Loehmann's Inc. | Jonathon Mathis | 11/7/10 | Severance Agreement | $0.00 |
| 117 | Loehmann's Inc. | Katarzyna N Rachwal | 11/6/10 | Severance Agreement | $0.00 |
| 118 | Loehmann's Inc. | Laura A Cain | 11/6/10 | Severance Agreement | $0.00 |
| 119 | Loehmann's Inc. | Lowe, Brenda | 9/1/10 | Retention Agreement dated 9/1/2010 | $0.00 |
| 120 | Loehmann's Inc. | Maria M. Fahn | 11/6/10 | Severance Agreement | $0.00 |
| 121 | Loehmann's Inc. | Marshall Erickson | 11/6/10 | Severance Agreement | $0.00 |
| 122 | Loehmann's Inc. | Mercedes-Benz Financial | 7/8/09 | Car Lease - 2009 MERCEDES S550V4M VIN #WDDNG86X79A281912 | $0.00 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 123 | Loehmann's Inc. | Molly A. Pennell | 11/6/10 | Severance Agreement | $0.00 |
| 124 | Loehmann's Inc. | Picone, Lisa | 10/5/09 | Retention Agreement dated 10/5/2009 | $0.00 |
| 125 | Loehmann's Inc. | Rita E Neri | 11/6/10 | Severance Agreement | $0.00 |
| 126 | Loehmann's Inc. | Robert Williams | 11/6/10 | Severance Agreement | $0.00 |
| 127 | Loehmann's Inc. | Ronnie De Thomas | 11/6/10 | Severance Agreement | $0.00 |
| 128 | Loehmann's Inc. | Roula Malki | 11/6/10 | Severance Agreement | $0.00 |
| 129 | Loehmann's Inc. | Schwartz, Sari | 8/1/10 | Retention Agreement dated 8/1/2010 | $0.00 |
| 130 | Loehmann's Inc. | Shadia Shaker | 11/6/10 | Severance Agreement | $0.00 |
| 131 | Loehmann's Inc. | Shaquaya T Mack | 11/7/10 | Severance Agreement | $0.00 |
| 132 | Loehmann's Inc. | Stephanie Snow | 11/6/10 | Severance Agreement | $0.00 |
| 133 | Loehmann's Inc. | Taghavian, Naz | 10/1/10 | Retention Agreement dated 10/1/2010 | $0.00 |
| 134 | Loehmann's Inc. | Tangee L. Bobbitt | 10/26/10 | Severance Agreement | $0.00 |
| 135 | Loehmann's Inc. | Thomas, Sharon | 3/17/10 | Retention Agreement dated 3/17/2010 | $0.00 |
| 136 | Loehmann's Inc. | Tiarah Cambridge | 11/5/10 | Severance Agreement signed 11/10/10 | $0.00 |
| 137 | Loehmann's Inc. | Trainor, Tricia | 8/18/10 | Retention Agreement dated 8/18/2010 | $0.00 |
| 138 | Loehmann's Inc. | Trubnikov, Dimitri | 5/6/09 | Retention Agreement dated 5/6/2009 | $0.00 |
| 139 | Loehmann's Inc. | U.S. Bank N.A. | 2/18/09 | Car Lease - 2009 Jaguar XF VIN #SAJWA07C991R33024 | $0.00 |
| 140 | Loehmann's Inc. | Visram, Jennisa | 10/1/10 | Retention Agreement dated 10/1/2010 | $0.00 |
| 141 | Loehmann's Inc. | Wade, Katie | 4/3/10 | Retention Agreement dated 4/3/2010 | $0.00 |
| 142 | Loehmann's Inc. | Wheeler, Alison | 1/18/10 | Retention Agreement dated 1/18/2010 | $0.00 |
| 143 | Loehmann's Inc. | Yalowich, Kristin | 10/5/09 | Retention Agreement dated 10/5/2009 | $0.00 |
| 144 | Loehmann's Inc. | AGCS Marine Insurance Company | 3/27/10 | Insurance - Cargo | $0.00 |
| 145 | Loehmann's Inc. | Aspen Specialty Insurance Company | 2/1/10 | Insurance - Excess D/C Flood & Quake | $0.00 |
| 146 | Loehmann's Inc. | Beazley Insurance Company, Inc. | 2/1/10 | Insurance - Commercial Property | $0.00 |
| 147 | Loehmann's Inc. | Beazley Insurance Company, Inc. | 2/1/10 | Insurance - Excess Employment Practice Liability | $0.00 |
| 148 | Loehmann's Inc. | Federal Insurance Company (HCC) | 2/1/10 | Insurance - Fiduciary Liability/Crime | $0.00 |
| 149 | Loehmann's Inc. | Houston Casualty Company (HCC) | 2/1/10 | Insurance - Employment Practices Liability | $0.00 |
| 150 | Loehmann's Inc. | Liberty Mutual Fire Insurance Company | 2/1/10 | Insurance - Commercial General Liability | $0.00 |
| 151 | Loehmann's Inc. | Liberty Mutual Fire Insurance Company | 2/1/10 | Insurance - Commercial Automobile Liability and Physical Damage | $0.00 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 152 | Loehmann's Inc. | Liberty Mutual Fire Insurance Company | 2/1/10 | Insurance - Workers Compensation and Employers Liability | $0.00 |
| 153 | Loehmann's Operating Co. | Liberty Mutual Insurance Company | 2/1/09 | Electronic Access to certain claims. Contract dated 12/4/08 | $0.00 |
| 154 | Loehmann's Inc. | Max Specialty Insurance Company | 2/1/10 | Insurance - Excess DIC Flood & Quake | $0.00 |
| 155 | Loehmann's Inc. | National Surety Corporation | 2/1/10 | Insurance - Umbrella Liability (Excess) | $0.00 |
| 156 | Loehmann's Inc. | Prudential Retirement Insurance & Annuity Company | 2/1/07 | 401(k) Savings and Investment Plan - signed 1/29/07 | $0.00 |
| 157 | Loehmann's Inc. | The Ohio Casualty Insurance Company | 2/1/10 | Insurance - Umbrella Liability (Lead) | $0.00 |
| 158 | Loehmann's Inc. | US Specialty Insurance Company | 2/1/10 | Insurance - Directors & Officers Liability | $0.00 |
| 159 | Loehmann's Operating Co. | AKA Enterprise Solutions | 4/4/09 | Great Plains Support | $0.00 |
| 160 | Loehmann's Operating Co. | ARIN | 9/10/10 | IP Address Registration Contract | $100.00 |
| 161 | Loehmann's Operating Co. | BT Conferencing Video, Inc. | 10/15/09 | Video Conferencing Maintenance | $0.00 |
| 162 | Loehmann's Inc. | Cablevision Lightpath, Inc. | 12/15/09 | ISP / Voice for Datacenter. Datacenter to Datacenter bandwidth | $6,932.91 |
| 163 | Loehmann's Operating Co. | CyberKlix | 10/1/08 | Software installation and maintenance | $0.00 |
| 164 | Loehmann's Operating Co. | CyberKlix | 7/28/08 | Confidentiality Agreement | $0.00 |
| 165 | Loehmann's Operating Co. | Demandware, Inc | 9/15/08 | Confidentiality Agreement | $0.00 |
| 166 | Loehmann's Operating Co. | Epicor / NSB / STS Systems Inc. | 8/25/08 | Confidentiality Agreement | $0.00 |
| 167 | Loehmann's Inc. | Epicor / NSB / STS Systems Inc. | 2/5/93 | STS Software maintenance | $0.00 |
| 168 | Loehmann's Inc. | Epicor / NSB / STS Systems Inc. | 2/5/93 | STS Equpment maintenance service | $0.00 |
| 169 | Loehmann's Inc. | Epicor / NSB / STS Systems Inc. | 3/9/99 | Equipment and software maintence | $0.00 |
| 170 | Loehmann's Inc. | GE Capital | 3/25/04 | Equipment Lease - POS Workstations | $36,594.00 |
| 171 | Loehmann's Operating Co. | Heroix | 6/27/10 | Network Monitoring Maintnenance | $0.00 |
| 172 | Loehmann's Inc. | INTERNATIONAL BUSINESS MACHINES CORPORATION | 1/21/10 | Confidentiality Agreement - signed 1/21/10 | $0.00 |
| 173 | Loehmann's Inc. | Microsoft Business Agreement (2010 Renewal) | 7/1/10 | Microsoft Business Agreement Renewal | $27,566.77 |
| 174 | Loehmann's Inc. | Microsoft Licensing GP | 6/4/10 | Microsoft Enterprise Software | $0.00 |
| 175 | Loehmann's Inc. | Mustang Microsystems, Inc. | 10/1/03 | Support services for payment terminals - signed 10/6/03 | $983.28 |
| 176 | Loehmann's Operating Co. | Neustar / Ultra DNS | 7/18/10 | Domain Name Service Support | $3,508.27 |
| 177 | Loehmann's Operating Co. | QlikTech, Inc | 6/14/10 | Confidentiality Agreement | $0.00 |
| 178 | Loehmann's Operating Co. | Qwest | 6/29/09 | Corporate Internet Access | $4,833.43 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 179 | Loehmann's Inc. | Symbol Technologies, Inc. | 10/6/03 | Right to term anytime. | $0.00 |
| 180 | Loehmann's Operating Co. | TRG / Technology Resource Group | 10/13/10 | Store wireless handheld / printer equipment support / repair | $6,143.26 |
| 181 | Loehmann's Operating Co. | Tripwire, Inc. | 7/13/09 | Mutual Nondisclosure Agreement - signed 7/14/09 | $0.00 |
| 182 | Loehmann's Operating Co. | Truarx / True Comply | 1/1/08 | PCI Compliance Certificate | $0.00 |
| 183 | Loehmann's Inc. | Trustwave | 11/25/09 | Confidentiality Agreement - signed 11/30/09 | $0.00 |
| 184 | Loehmann's Inc. | Trustwave Holdings, Inc. former Ambiron Trustwave | 11/29/06 | Compliance Validation Services Agreement dated 11/29/2006 | $0.00 |
| 185 | Loehmann's Inc. | Trustwave Holdings, Inc. former Ambiron Trustwave | 5/12/10 | Addendum to Compliance Validation Services Agreement dated 11/29/2006 Internal & Wireless Penetration Test Services | $0.00 |
| 186 | Loehmann's Operating Co. | Versatech | 1/2/09 | Corporate Phone system support | $0.00 |
| 187 | Loehmann's Inc. | Vertex, Inc | 8/31/07 | Software License Agreement | $0.00 |
| 188 | Loehmann's Holdings Inc. | Federal Comminications Commission | 4/18/07 | License Agreement - Walkie Talkies | $0.00 |
| 189 | Loehmann's Inc. | Fire & Security Systems, INC. | 2/2/04 | Remote Station Signaling Agreement- Connection | $98.25 |
| 190 | Loehmann's Operating Co. | Rume Corp / Iron Mountain | 3/1/05 | Internactive Training for Loss Prevention | $0.00 |
| 191 | Loehmann's Inc. | Stanley Security Solutions | 3/1/10 | Loss Prevention - Alarm | $0.00 |
| 192 | Loehmann's Holdings Inc. | Henry Doneger Associates INC | 6/1/08 | Henry Doneger. Merchandising and Trend Services | $18,500.00 |
| 193 | Loehmann's Inc. | Scents of Worth (previously known as Model Imperial) | 2/2/03 | Licensed Department Agreement | $0.00 |
| 194 | Loehmann's Operating Co. | ABM | 2/26/01 | Janitorial Service Agreement | $36,262.35 |
| 195 | Loehmann's Operating Co. | Aldona Fire Protection, Inc. | 1/23/02 | Fire Alarm Maintenance - 1/23/02 | $0.00 |
| 196 | Loehmann's Inc. | All Vend Management Corp. | 3/6/96 | Master Vending Agency Agreement | $0.00 |
| 197 | Loehmann's Operating Co. | Alpine Refrigeration Co | 2/1/03 | Maintenance Agreement | $161.78 |
| 198 | Loehmann's Operating Co. | Amro | 4/1/06 | Cartage | $2,149.44 |
| 199 | Loehmann's Operating Co. | Comdata Stored Value Systems, Inc. | 9/7/07 | Services Agreement - Gift Card Processing (In Stores & On-Line) | $3,870.73 |
| 200 | Loehmann's Operating Co. | Facilitec | | Energy and Equipment Saving | $874.66 |
| 201 | Loehmann's Operating Co. | Facilitec | | Energy and Equipment Saving | $0.00 |
| 202 | Loehmann's Operating Co. | Facilitec | | Energy and Equipment Saving | $0.00 |
| 203 | Loehmann's Operating Co. | Facilitec | | Energy and Equipment Saving | $0.00 |
| 204 | Loehmann's Operating Co. | Hughes Environmental Engineering | 9/17/10 | Air Conditioning Preventative Maintenance - signed 12/30/02 | $62,562.29 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 205 | Loehmann's Operating Co. | Hughes Environmental Engineering | 5/7/04 | Air Conditioning Preventative Maintenance - signed 3/9/02 | $0.00 |
| 206 | Loehmann's Operating Co. | Hughes Environmental Engineering | 10/1/04 | Maintenance Agreement | $0.00 |
| 207 | Loehmann's Operating Co. | Hughes Environmental Engineering | 5/1/04 | Maintenance Agreement | $0.00 |
| 208 | Loehmann's Operating Co. | Inter-County Mechanical Corp | 5/1/09 | Air Conditioning, Heating, Refrigeration and Energy maintenance | $10,905.74 |
| 209 | Loehmann's Operating Co. | Inter-County Mechanical Corp | 5/1/09 | Air Conditioning, Heating, Refrigeration and Energy maintenance | $0.00 |
| 210 | Loehmann's Operating Co. | Inter-County Mechanical Corp | 5/1/09 | Air Conditioning, Heating, Refrigeration and Energy maintenance | $0.00 |
| 211 | Loehmann's Operating Co. | Inter-County Mechanical Corp | 5/1/09 | Air Conditioning, Heating, Refrigeration and Energy maintenance | $0.00 |
| 212 | Loehmann's Operating Co. | Inter-County Mechanical Corp | 5/1/09 | Air Conditioning, Heating, Refrigeration and Energy maintenance | $0.00 |
| 213 | Loehmann's Operating Co. | Inter-County Mechanical Corp | 3/25/03 | Air Conditioning, Heating, Refrigeration and Energy maintenance | $0.00 |
| 214 | Loehmann's Operating Co. | Kone, Inc | 1/19/04 | Maintenance Agreement- Vertical Transportation | $17,282.65 |
| 215 | Loehmann's Operating Co. | M. T Packaging, Inc | 9/1/10 | Packaging Supplies | $21,172.75 |
| 216 | Loehmann's Operating Co. | M. T Packaging, Inc | 9/1/10 | Janitorial Supplies | $0.00 |
| 217 | Loehmann's Inc. | M. T Packaging, Inc | 9/1/10 | Packaging Supplies | $0.00 |
| 218 | Loehmann's Stores | MAINCO Elevator & Electrical Corp. | 9/30/01 | Elevator/escalator maintenance - signed 9/30/01 | $0.00 |
| 219 | Loehmann's Operating Co. | Mitsubishi Electric & Electronics USA | 4/1/01 | Elevator Maintenance Agreement, 222 Sutter Street, San Francisco, Store # 111 | $3,875.91 |
| 220 | Loehmann's Operating Co. | Muzak | 7/11/01 | Music | $8,275.11 |
| 221 | Loehmann's Inc. | Neopost | 3/8/05 | Postage Machine- Neopost Leasing | $0.00 |
| 222 | Loehmann's Operating Co. | Paper Systems, Inc | 6/1/09 | POS Paper | $6,509.00 |
| 223 | Loehmann's Inc. | PBCC-Pitney Bowes Equipment & Services | 7/28/98 | Postage Machine | $0.00 |
| 224 | Loehmann's Operating Co. | Scanlon Associates | 3/2/07 | HVAC | $30,977.26 |
| 225 | Loehmann's Operating Co. | Schindler Elevator Corporation | 4/1/08 | Preventive Maintenance Agreement | $22,370.48 |
| 226 | Loehmann's Operating Co. | Schindler Elevator Corporation | 4/1/03 | Preventive Maintenance Agreement | $0.00 |
| 227 | Loehmann's Inc. | Site Controls, LLC | 10/1/08 | Energy equipment agreement | $873.54 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 1
# CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 228 | Loehmann's Holdings Inc. | Staples Contract & Commercial Inc | 11/14/08 | Office Supplier | $40,602.68 |
| 229 | Loehmann's Operating Co. | Sylvania Lighting Services Corp. | 5/1/02 | Lighting Service agreement signed on 5/2/2002 ( agr. Date of 4/25/02) | $26,322.56 |
| 230 | Loehmann's Operating Co. | Thyssen Krupp Elevator | 6/1/01 | Preventive Maintenance Agreement- Elevator/Escolator | $83,538.60 |
| 231 | Loehmann's Operating Co. | Thyssen Krupp Elevator | 12/12/06 | Platinum Preventive Maintenance Agreement- Elevator/Escolator | $0.00 |
| 232 | Loehmann's Operating Co. | Thyssen Krupp Elevator | 3/1/01 | Elevator Maintence Agreement- Escalators | $0.00 |
| 233 | Loehmann's Operating Co. | Thyssen Krupp Elevator | 3/1/01 | Elevator Maintence Agreement- Passenger Oil Unit | $0.00 |
| 234 | Loehmann's Operating Co. | Thyssen Krupp Elevator | 9/30/01 | Elevator/Escalator Maintenance | $0.00 |
| 235 | Loehmann's Operating Co. | ThyssenKrupp Elevator | 3/1/07 | Elevator Units | $0.00 |
| 236 | Loehmann's Operating Co. | ThyssenKrupp Elevator | 3/1/07 | Elevator/Freight | $0.00 |
| 237 | Loehmann's Operating Co. | ThyssenKrupp Elevator | 3/1/01 | Preventive Maintenance (Escalators) | $0.00 |
| 238 | Loehmann's Operating Co. | ThyssenKrupp Elevator | 3/1/01 | Preventive Maintenance (Escalators) | $0.00 |
| 239 | Loehmann's Operating Co. | ThyssenKrupp Elevator | 3/1/01 | Elevator Maintenance Agreement | $0.00 |
| 240 | Loehmann's Operating Co. | ThyssenKrupp Elevator | 6/1/01 | Elevator Maintenance Agreement | $0.00 |
| 241 | Loehmann's Operating Co. | ThyssenKrupp Elevator | 6/1/01 | Elevator Maintenance Agreement | $0.00 |
| 242 | Loehmann's Operating Co. | TJ Unlimited Landscape & Development | 9/26/02 | Snow Removal | $5,022.58 |
| 243 | Loehmann's Operating Co. | TJ Unlimited Landscape & Development | 9/26/02 | Snow Removal | $0.00 |
| 244 | Loehmann's Inc. | Traic Mechanical Services | 10/1/00 | Mechanical maintenance agreement - signed 5/3/01 | $585.00 |
| 245 | Loehmann's Operating Co. | Xerox Inc. | 1/21/08 | Rental Equiptment lease | $17,959.73 |
| 246 | Loehmann's Operating Co. | Xerox Inc. | 11/5/05 | Rental Equiptment lease | $0.00 |
| 247 | Loehmann's Operating Co. | Xerox Inc. | 3/19/07 | Rental Equiptment lease | $0.00 |
| 248 | Loehmann's Operating Co. | Xerox Inc. | 10/13/05 | Rental Equiptment lease | $0.00 |
| 249 | Loehmann's Operating Co. | Xerox Inc. | 11/26/02 | Rental Equiptment lease | $0.00 |
| 250 | Loehmann's Holdings Inc. | Yukon | 3/2/07 | Maintenance Agreement | $17,456.64 |
| 251 | Loehmann's Operating Co. | Yukon | 3/2/07 | Preventative maintenance agreement - signed 5-3-01 | $0.00 |
| 252 | Loehmann's Inc. | Yukon | 5/13/02 | Preventive Maintenance Agreement | $0.00 |
| 253 | Loehmann's Operating Co. | Yukon | 3/25/03 | Air Conditioning, Heating Refrigeration and Energy | $0.00 |
| 254 | Loehmann's Inc. | Yukon | 5/13/02 | Preventive Maintenance Agreement | $0.00 |
| 255 | Loehmann's Inc. | Yukon | 5/13/02 | Preventive Maintenance Agreement | $0.00 |
| 256 | Loehmann's Inc. | Yukon | 5/12/02 | Preventive Maintenance Agreement | $0.00 |
| 257 | Loehmann's Operating Co. | Yukon | 9/30/04 | Preventive Maintenance Agreement | $0.00 |

## ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
## EXHIBIT 1
## CONTRACTS TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | DATE | DESCRIPTION OF CONTRACT | CURE AMOUNT |
|---|---|---|---|---|---|
| 258 | Loehmann's Operating Co. | Yukon | 1/21/10 | Preventive Maintenance Agreement | $0.00 |
| 259 | Loehmann's Operating Co. | Yukon | 3/7/08 | Preventive Maintenance Agreement | $0.00 |
| 260 | Loehmann's Operating Co. | Yukon | 5/1/03 | Preventive Maintenance Agreement | $0.00 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 2
# LEASES TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | EXPIRATION DATE | DESCRIPTION OF LEASE | CURE AMOUNT |
|---|---|---|---|---|---|
| 1 | Loehmann's Operating Co. | Allison's Beer & Soda Inc. | 03/31/17 | Riverdale Store Lease (#1) | $19,444.00 |
| 2 | Loehmann's Operating Co. | Federal Realty Investment Trust | 12/31/11 | Norwalk Store Lease (#2) | $13,469.42 |
| 3 | Loehmann's, Inc. | HARBRO REALTY | 06/30/15 | Hewlett Store Lease (#3) | $36,687.67 |
| 4 | Loehmann's Operating Co. | Federal Realty Investment | 01/31/17 | Falls Church Store Lease, to be amended/modified (#12) | $16,202.00 |
| 5 | Loehmann's Operating Co. | LPE Partners | 11/30/14 | East Brunswick Store Lease, to be amended/modified (#15) | $0.00 |
| 6 | Loehmann's Operating Co. | Reseda Shopping Center II LLC/Nations Bank of washington D.C. | 11/30/13 | Reseda Store Lease (#16) | $32,403.51 |
| 7 | Loehmann's Operating Co. | JBG/Rosenfeld -Loe | 07/31/11 | Rockville Store Lease, to be amended/modified (#25) | $23,918.43 |
| 8 | Loehmann's Operating Co. | Regency Centers, LP | 02/28/16 | Atlanta Store Lease, to be amended/modified (#28) | $12,832.86 |
| 9 | Loehmann's Operating Co. | CRM Properties | 11/30/17 | Beverly Hills Store Lease (#30) | $99,079.40 |
| 10 | Loehmann's Real Estate Holdings, Inc. | White Plains Shopping Center | 4/30/15 | White Plains Store Lease (#33) | $215,117.42 |
| 11 | Loehmann's Real Estate Holdings, Inc. | Regency Realty Corporation | 4/30/16 | Sunnyvale Store Lease (#39) | $14,264.20 |
| 12 | Loehmann's Real Estate Holdings, Inc. | Lake Success Shopping Center | 9/30/19 | New Hyde Park Store Lease (#46) | $29,698.04 |
| 13 | Loehmann's Operating Co. | RIV Hunter's Square LP | 09/30/21 | Detroit Farmington Hill Store Lease, to be amended/modified (#54) | $0.00 |
| 14 | Loehmann's Operating Co. | Aventura Fashion Island, L.P. | 12/31/12 | North Miami Store Lease (#56) | $110,245.21 |
| 15 | Loehmann's Real Estate Holdings, Inc. | FR Crow Canyon LLC | 10/31/12 | San Ramon Store Lease (#63) | $27,926.53 |
| 16 | Loehmann's Operating Co. | WRC PROPERTIES | 01/31/18 | Town & Country | TBD |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 2
# LEASES TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | EXPIRATION DATE | DESCRIPTION OF LEASE | CURE AMOUNT |
|---|---|---|---|---|---|
| 17 | Loehmann's Operating Co. | Peter P Bollinger Investment Co. | 02/28/16 | Sacramento Store Lease (#89) | $9,851.08 |
| 18 | Loehmann's Operating Co. | HRI/Lutherville Station, LLC/Timonium Shopping Center | 01/31/16 | Timonium Store Lease (#93) | $1,195.87 |
| 19 | Loehmann's Real Estate Holdings, Inc. | Village Plaza Mgmt | 2/28/13 | Morton Grove Store Lease (#103) | $14,419.37 |
| 20 | Loehmann's Real Estate Holdings, Inc. | Boca-Somerset, LP c/o Gumberg Asset Mgmt | 12/31/15 | Boca Raton Store Lease, to be amended/modified (#107) | $0.00 |
| 21 | Loehmann's Operating Co. | Rancho Niguel Commercial Ii | 08/31/11 | Laguna Niguel Store Lease, to be amended/modified (#108) | $0.00 |
| 23 | Loehmann's Operating Co. | Jim R. Smith & Company | 03/31/16 | Memorial Houston Store Lease (#123) | $10,485.13 |
| 24 | Loehmann's Real Estate Holdings, Inc. | Mission Valley Center | 8/31/11 | San Diego Store Lease (#124) | $23,586.51 |
| 25 | Loehmann's Operating Co. | Treger Realty Company | TBD | Manhattan Store Lease (#125) | $46,666.67 |
| 26 | Loehmann's Real Estate Holdings, Inc. | 2027 LLC-Loehmann's Seaport Plaza | 11/30/16 | Brooklyn Store Lease, to be amended/modified (#127) | $0.00 |
| 27 | Loehmann's Operating Co. | Mack Company | 09/05/21 | Paramus Store Lease (#128) | $34,708.33 |
| 28 | Loehmann's Operating Co. | The Irvine Company LLC | 03/31/12 | Tustin Store Lease, to be amended/modified (#132) | $0.00 |
| 29 | Loehmann's Operating Co. | KIR Torrance, LP | 05/31/12 | Torrance Store Lease, to be amended/modified (#133) | $0.00 |
| 30 | Loehmann's Operating Co. | East Gate Center IV Limited | 5/31/12 | Moorestown Store Lease, to be amended/modified (#134) | $0.00 |
| 31 | Loehmann's Real Estate Holdings, Inc. | Marina Pacifica LLC | 3/31/13 | Long Beach Store Lease (#138) | $25,068.96 |
| 32 | Loehmann's Operating Co. | Troy Commons L.L.C. | 1/31/16 | Troy Store Lease, to be amended/modified (#143) | $0.00 |

# ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST
# EXHIBIT 2
# LEASES TO BE ASSUMED

| NO. | DEBTOR | COUNTERPARTY | EXPIRATION DATE | DESCRIPTION OF LEASE | CURE AMOUNT |
|---|---|---|---|---|---|
| 33 | Loehmann's Operating Co. | WRC PROPERTIES | 01/31/18 | Town & Country-Men's Store Lease (#144) | $61,425.44 |
| 34 | Loehmann's Operating Co. | Vornado Realty Trust | 1/31/14 | East Hanover Store Lease (#145) | $29,988.95 |
| 35 | Loehmann's Operating Co. | Federal Realty Investment | 1/31/14 | Chevy Chase-Friendship Center Store Lease, to be amended/modified (#146) | $31,874.02 |
| 36 | Loehmann's Real Estate Holdings, Inc. | Village Northbrook Square | 1/31/14 | Northbrook Store Lease (#148) | $28,405.34 |
| 37 | Loehmann's Operating Co. | The Sembler Company | 01/31/16 | Perimeter Store Lease, as amended/modified (#155) | $9,469.46 |
| 38 | Loehmann's Operating Co. | GLL US Retail LP-Legacy Place | 01/31/17 | Legacy Store Lease, as amended/modified (#156) | $14,858.03 |
| 39 | Loehmann's Operating Co. | DDR Miami Avenue | 12/31/12 | Mid-Miami Store Lease (#165) | $24,833.93 |
| 40 | Loehmann's Operating Co. | Great Atlantic & Pacific Tea Comp. Inc. | TBD | Upper West Side Store Lease (#173a) | $73,649.87 |
| 41 | Loehmann's Operating Co. | Gristede's Foods, Inc. | 09/19/18 | Upper West Side Store Lease (#173b) | $6,056.95 |
| 42 | Loehmann's Operating Co. | Ansonia Commercial LLC | 09/19/18 | Upper West Side Store Lease (#173c) | $26,473.61 |
| 43 | Loehmann's Operating Co. | Metro Point Retail Associates II | 01/31/20 | Costa Mesa Store Lease (#175) | $87,437.64 |
| 44 | Loehmann's Real Estate Holdings, Inc. | Rutherford Joint Venture | 3/30/12 | Rutherford - DC Lease (#998) | $24,885.00 |
| 45 | Loehmann's Real Estate Holdings, Inc. | Commerce-Halsey LLC | 7/31/12 | Corporate Headquarters Lease (#999) | $54,655.16 |