STROOCK & STROOCK & LAVAN LLP
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for Philip Kaplan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LOEHMANN'S HOLDINGS INC., et al.,[1] | Case No. 10-16077 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the attorneys set forth below hereby appear as counsel for Philip Kaplan, a creditor and party-in-interest in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors-in-possession.  Request is hereby made, pursuant to Bankruptcy Rule 2002 and this Court's Order Under Bankruptcy Code Sections 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Certain Notice, Case Management, and Administrative Procedure, dated November 17, 2010, that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the mailing addresses and email addresses indicated below:

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each U.S. Debtors' Federal tax identification number, include:  Loehmann's Holdings Inc., (9380), Loehmann's, Inc. (1356), Loehmann's Real Estate Holdings, Inc. (6682), Loehmann's Operating Co. (6681) and Loehmann's Capital Corp. (2694).

Harold A. Olsen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038
Telephone: (212) 806-5400
Facsimile:  (212) 806-6006
Email: holsen@stroock.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes, not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 19, 2011
New York, New York

                                        STROOCK & STROOCK & LAVAN LLP

                                        /s/ Harold A. Olsen
                                        Harold A. Olsen
                                        180 Maiden Lane
                                        New York, New York 10038
                                        Telephone: (212) 806-5400
                                        Facsimile: (212) 806-6006:

                                        *Counsel for Philip Kaplan*