**EXHIBIT "1"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
LOEHMANN'S HOLDINGS, INC.,                                :    Case No. 10-16077 (REG)
                                                          :
                                Debtor.                   :
                                                          :
-------------------------------------------------------------x

**FINAL DECREE AND ORDER
AUTHORIZING CLOSING OF CASE**

Upon the application (the "Application") of Loehmann's Holdings, Inc., (the "Post-Confirmation Debtors"), by its attorneys, Togut, Segal & Segal LLP, for the entry of a final decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and an order closing its case pursuant to 11 U.S.C. § 350(a); and notice of the Application having been provided in accordance with the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Certain Notice, Case Management, and Administrative Procedures, entered November 17, 2010 [Docket No. 57]; and no further notice being required, and good and sufficient cause appearing therefor, it is

**ORDERED,** that pursuant to Bankruptcy Rule 3022, a Final Decree shall be entered in the above-captioned case; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 350(a), the above-captioned case shall be closed; and it is further

**ORDERED**, that this Court shall retain jurisdiction over the above captioned reorganized debtor for the purposes set forth in the Confirmation Order and the Plan (each, as defined in the Application).

Dated:   New York, New York
        December _____, 2012

                                                HONORABLE ROBERT E. GERBER
                                                UNITED STATES BANKRUPTCY JUDGE